AO 240 (Rev 9/96)

# United States District Court
## — DISTRICT OF —

JOHNSON, JAMES F.
DCDD NO. 119202
DC JAIL         Plaintiff
1901 D St. SE
Washington, DC 20003
            v.
WARDEN
DC JAIL
1901 D St.SE   Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

05 2504

CASE NUMBER:

*Leave to file without Prepayment of Cost GRANTED*
*[signature] 12/13/05*

RECEIVED DEC - 7 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FILED DEC 3 0 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, James F. Johnson _____ declare that I am the (check appropriate box)

[x] petitioner/plaintiff/movant       [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion. /s/ James F. Johnson

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    [ ] Yes    [ ] No    (If "No" go to Part 2)

   If "Yes" state the place of your incarceration  DC Jail   Washington, DC

   Are you employed at the institution? _Yes_  Do you receive any payment from the institution? $21./00

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    [ ] Yes    [ ] No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.   DC JAIL LAW LIBRARY   $21.00 Per Month

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   8-17-05  Coalition For The Homeless
            1234 Mass. Ave. NW - DC

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment       [ ] Yes  [x] No
   b. Rent payments, interest or dividends                [ ] Yes  [x] No
   c. Pensions, annuities or life insurance payments      [ ] Yes  [x] No
   d. Disability or workers compensation payments         [ ] Yes  [x] No
   e. Gifts or inheritances                               [ ] Yes  [x] No
   f. Any other sources                                   [ ] Yes  [x] No

   If the answer to any of the above is "Yes" describe each source of money and state the amount received and

240 (Rev. 9/96)

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes" state the total amount. ___N/A___

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

DATE
12/2/05

SIGNATURE OF APPLICANT
*James F. Johnson* (signed)
James F. Johnson

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ __SEE ATTACHED RECORD OF INMATE FINANCE__ on account to his/her credit at (name of institution) _____. I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average balance was $ __See Attached C.J.P. Print Out__

**Selected Inmate — Alerts: ADMIN SEGREGATION**

JOHNSON, JAMES

Section: NORTH EAST    Block: 1
Cell: 26    Bed: A    Location: 12

| Birth | Sex | Race | Release | Admt Type | SS# | Booking# | Prmnt# | Booking Date | Classification |
|---|---|---|---|---|---|---|---|---|---|
| 03/13/1941 | M | B | 00/00/0000 | 69 | 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 | 2005-11302 | 119202 | 08/17/2005 | Pretrial Minimum |

☑ Include Balance on Receipt    ☑ Inmate Receipt    ☐ Include Cost Recovery Dispersement

| Trans Date/Time | Book Date/Time | Code | Switch | Trans Amount | Deposit From/Withdrawal To | Receipt # | Check # | Rev? |
|---|---|---|---|---|---|---|---|---|
| 11/10/2005 11:57 | | TD | 7 | 1.75 | ITI CALL ALLOWANCE DEPOSIT | 1198717 | | |
| 11/10/2005 11:57 | | TC | 2 | 1.60 | ITI DEBIT SYSTEM CALL CHARGE | 1198718 | | |
| 11/10/2005 11:57 | | TC | 2 | .10 | ITI DEBIT SYSTEM STATE TAX | 1198719 | | |
| 11/10/2005 11:57 | | TC | 2 | .05 | ITI DEBIT SYSTEM FEDERAL TAX | 1198720 | | |
| 11/10/2005 11:42 | | TW | 8 | 1.75 | ITI CALL ALLOWANCE WITHDRAW | 1198526 | | |
| 11/08/2005 21:18 | | TD | 7 | 1.75 | ITI CALL ALLOWANCE DEPOSIT | 1189330 | | |
| 11/08/2005 21:18 | | TC | 2 | 1.60 | ITI DEBIT SYSTEM CALL CHARGE | 1189331 | | |
| 11/08/2005 21:18 | | TC | 2 | .05 | ITI DEBIT SYSTEM FEDERAL TAX | 1189333 | | |
| 11/08/2005 21:18 | | TC | 2 | .10 | ITI DEBIT SYSTEM STATE TAX | 1189332 | | |
| 11/08/2005 21:02 | | TW | 8 | 1.75 | ITI CALL ALLOWANCE WITHDRAW | 1189268 | | |
| 11/08/2005 21:02 | | TD | 7 | 1.75 | ITI CALL ALLOWANCE DEPOSIT | 1189269 | | |
| 11/08/2005 21:02 | | TC | 2 | 1.60 | ITI DEBIT SYSTEM CALL CHARGE | 1189264 | | |
| 11/08/2005 21:02 | | TC | 2 | .10 | ITI DEBIT SYSTEM STATE TAX | 1189265 | | |
| 11/08/2005 21:02 | | TC | 2 | .05 | ITI DEBIT SYSTEM FEDERAL TAX | 1189266 | | |
| 11/08/2005 21:00 | | TW | 8 | 1.75 | ITI CALL ALLOWANCE WITHDRAW | 1189251 | | |

**Current Account Balance:** $8.25    **Cost Recovery Account Balance:** $0.00

Side tabs: Clothing, Commissary, Detainers, Education, Enemies, Employment, Grievance, Housing, ID#'s, Incidents, Misconduct, Physical, Property, Questions, Release, $Rstrictions, Schedule, Sentencing, Social, Status, Transact, Treatment, HXTrek

Buttons: Print Screen, Search, Next, Receipt, Checks, Old Receipt, Reverse, Save, Abort

05 2504

**FILED**

DEC 30 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Selected Inmate — Alerts**

Name: JOHNSON, JAMES
Section: NORTH EAST   Block: 1
Cell: 26   Bed: A   Location: 12

| Birth | Sex | Race | Release | Admt Type | SS# | Booking# | Prmnt# | Booking Date | Classification |
|---|---|---|---|---|---|---|---|---|---|
| 03/13/1941 | M | B | 00/00/0000 | 69 | 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 | 2005-11302 | 119202 | 08/17/2005 | Pretrial Minimum |

☑ Include Balance on Receipt    ☑ Inmate Receipt    ☐ Include Cost Recovery Dispersement

| Trans Date/Time | Back Date/Time | Code | Switch | Trans Amount | Deposit From/Withdrawal To | Receipt # | Check # | Rev |
|---|---|---|---|---|---|---|---|---|
| 11/08/2005 21:18 | | TC | 2 | .05 | TI DEBIT SYSTEM FEDERAL TAX | 1189333 | | |
| 11/08/2005 21:18 | | TC | 2 | .10 | TI DEBIT SYSTEM STATE TAX | 1189332 | | |
| 11/08/2005 21:02 | | TW | 8 | 1.75 | TI CALL ALLOWANCE WITHDRAWL | 1189268 | | |
| 11/08/2005 21:02 | | TD | 7 | 1.75 | TI CALL ALLOWANCE DEPOSIT | 1189263 | | |
| 11/08/2005 21:02 | | TC | 2 | 1.60 | TI DEBIT SYSTEM CALL CHARGE | 1189264 | | |
| 11/08/2005 21:02 | | TC | 2 | .10 | TI DEBIT SYSTEM STATE TAX | 1189265 | | |
| 11/08/2005 21:02 | | TC | 2 | .05 | TI DEBIT SYSTEM FEDERAL TAX | 1189266 | | |
| 11/08/2005 21:00 | | TW | 8 | 1.75 | TI CALL ALLOWANCE WITHDRAWL | 1189251 | | |
| 11/08/2005 20:59 | | TD | 7 | 1.75 | TI CALL ALLOWANCE DEPOSIT | 1189242 | | |
| 11/08/2005 20:59 | | TC | 2 | 1.60 | TI DEBIT SYSTEM CALL CHARGE | 1189243 | | |
| 11/08/2005 20:59 | | TC | 2 | .05 | TI DEBIT SYSTEM FEDERAL TAX | 1189245 | | |
| 11/08/2005 20:59 | | TC | 2 | .10 | TI DEBIT SYSTEM STATE TAX | 1189244 | | |
| 11/08/2005 20:44 | | TW | 8 | 1.75 | TI CALL ALLOWANCE WITHDRAWL | 1189173 | | |
| 11/06/2005 17:12 | | TD | 7 | 1.75 | TI CALL ALLOWANCE DEPOSIT | 1174352 | | |
| 11/06/2005 17:10 | | TW | 8 | 1.75 | TI CALL ALLOWANCE WITHDRAWL | 1174330 | | |

Current Account Balance: $3.00    Cost Recovery Account Balance: $0.00