UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES F. JOHNSON
DCDC NO. 119202
DC JAIL 1901 E ST. SE
WASHINGTON , DC 20003

      VS.                           CA NO. 05-02504 RBW

HARRISON , DENNIS    WARDEN

UNITED STATES PAROLE COMMMISSION


PETITIONER'S MOTION TO AMEND
ORIGINAL PETITION FOR WRIT OF
HABEAS CORPUS/MANDAMUS

PETITIONER JAMES F. JOHNSON DULY REQUEST THIS HONORABLE COURT

TO AMEND HIS ORIGINAL COMPLAINT. THE COURT HAS JURISDICTION TO

AMEND ACCORDINGLY TO APPLICABLE RULES OF THIS COURT AND BECAUSE

THE PLAINTIFF HAS REQUESTED HIS AMENDED COMPLAINT PRIOR TO THE

RESPONSE OF THE RESPONDANTS.

PETITIONER CONTEND THAT THE RESPONDANTS CONTINUE TO DISREGARD

THEIR OWN AGENCY GUIDELINES AND REGULATIONS AND THIS COURT MUST

ORDER THAT THEY OBEY THEIR OWN AGENCY GUIDELINES AND REGULATIONS

OR IN THE MEANWHILE , RELEASE THIS PALINTIFF FROM CUSTODY PENDING

THE OUT COME OF THIS CASE.

THE RESPONDANTS FAILED TO PROVIDE THIS PETITIONER WITH A TIMELY REVOCATION HEARING AS PROVIDED FOR THROUGHOUT THE GUIDELINES OUTLINED AND SWORN TO BY THESE RESPONDANTS TO THIS COURT IN LONG VS. GAINES, SUPRA, THIS PETITIONER WAS NOT GIVEN A FINAL REVOCATION HEARING UNTIL THIS PETITIONER HAD BEEN HELD IN CUSTODY FROM THE DATE OF HIS ARREST FOR 106 DAYS, WWHERE THE GUIDELINES MANDATE THAT SHOULD HAVE TAKEN PLACE WITHIN 50 TO 65 DAYS.

PETITIONER FURTHER CONTEND THAT WHEN THE COMMISSION ORDERED SAID HEARING FOR REVOCATIONAL PURPOSES, THAT THE COMMMISSION FAILED TO PROPERLY AND EFFECTIVELY INFORM THIS PETITIONER, IN WRITING, THAT IT HAD RECEIVED INFORMATION OF AN NEW ADDITIONAL ADMINISTRATIVE CHARGE AGAINST THIS PETITIONER. THIER OWN AGENCY GUIDELINES(SEE 28 CFR 2.101-(2)(G)LATE RECIEVED CHARGES. : IF THE COMMISSION IS NOTIFIED OF AN ADDITIONAL CHARGE AFTER PROBABLE CAUSEHAS BEEN FOUND TO PROCEED WITH A REVOCATION HEARING, THE COMMMISSION MAY,
(1) REMAND THE CASE FOR A SUPPLEMENTAL PRELIMINARY INTERVIEW IF THE NEW CHARGE MAY BE CONTESTED BY THE PAROLEE AND POSSIBLY RESULT IN THE APPEARANCE OF WITNESSESS AT THE REVOCATION HEARING/
(2) NOTIFY THE PRISONER THAT THE ADDITIONAL CHARGE WILL BE CONSIDERED AT THE REVOCATION HEARING WITHOUT CONDUCTING A SUPPLEMENTAL INTERVIEW/ OR
(3) DETERMINE THAT THE NEW CHARGE SHALL NOT BE CONSIDERED AT THE REVOCATION HEARING.

PETITIONER CONTEND THAT THE COMMISSSION FAILED TO NOTIFY THIS PRISONER NOR HIS ATTORNEY OF RECORD OF THE NEW CHRGE WHICH IT STATED THAT TOOK PLACE ON AUGUST 16, 2005, A DAY BEFORE HIS INITIAL ARREST. THE COMMISSION " WELL KNEW, OR SHOULD HAVE KNOWN " THAT THEY INTENDED TO BRING THIS NEW CHARGE AGAINST THIS PRISONER AND FAILED TO PRIVE HIM WITH WRITTEN NOTICE OF THE NEW CHARGE AND TO PROVIDE HIM WITH THE WRITTEN NOTICE THAT HE COULD CALL THE ADVERSE WITNESS AGAINST HIM FOR CONFRONTATION AND CROSS EXAMINE.

THE COMMMISSION ADDRESSED THIS PRISONER IWTH THIS NEW CHARGE AT AND DURING THE FINAL REVOCATION HEARING AND FAILED TO FOLLOW THE BASIC LAWFUL PROCEDURES PROVIDING HIM WITH CONSTITUTIONAL AND FUNDAMENTAL PROTECTIONS AS PROVIDED FOR IN MORRISSEY VS. BRWER, SUPRA.

PETITIONER CONTEND THAT THE RESPONDANTS FAILED TO OBEY IT'S OWN AGENCY GUIDELINES AND THUS ALSO VIOLATED THE TERMS OF THE RULING SETFORTH IN ASH VS. REILLY ,354 F.SUPP.2D1 WHERE THE US DISTRICT FOR THE DISTRICT OF COLUMBIA RULED THAT UNSUPPORTED AND UNCORRORBORAQTED EVIDENCE AND THE DENIALS OF THE RIGHT TO CONFRONT AND TO CROSS EXAMINE WITNESSESS VIOLATED THE PRISONER"S CONSTITUTIONAL RIGHTS.

PETITIONER CONTEND THAT THIS COURT MUST HOLD THESE RESPONDANTS ACCOUNTABLE FOR THEIR IRRESPONSIBLE ACTIONS AND GRANT THE PETITIONER'S WRIT.

PETITIONER REQUEST THAT THIS COURT ORDER THAT ALL HEARING RECORDS INVOLVED WITH THE INSTANT CASE FROM THE US PAROLE COMMMISSSION AND IT'S HEARINGS FOR THIS PRISONER BE PRESENTED TO THIS COURT AND THE PAROLE AND HEARING OFFICERS.
PETITIONER HAS NOT RECEIVE A FINAL NOTICE OF ACTION AS OF THIS DATE JANUARY 18,20061

JAMES F. JOHNSON

CERTIFICATE OF SERVICE

I, JAMES F. JOHNSON DO SO CERTIFY THAT I HAVE MAILED A COPY OF THE INSTANT MOTION TO AMEND TO THE RESPONDANTS WARDEN HARRISON AND THE CHAIRPERSON OF THE UNITED STATES PAROLE COMMISSSION, AT THEIR BUSINESS ADDRESSS, ON THIS 18,DAY OF JANUARY,2006.

JAMES F. JOHNSON

3