UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES F. JOHNSON,            * | |
|         Petitioner,          * | Civil Action No. 05-2504 (RWR) |
|                              * | |
| v.                           * | |
|                              * | |
| WARDEN DENNIS HARRISON,      * | |
|         Respondent.          * | |

**UNITED STATES PAROLE COMMISSION'S MOTION FOR
EXTENSION OF TIME TO FILE ITS RESPONSE TO
<u>PETITIONER'S PETITION FOR A WRIT OF HABEAS CORPUS</u>**

The United States Parole Commission ("the Commission"), by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that it be given approximately seven additional days within which to file its response to petitioner's Petition for a Writ of Habeas Corpus. As grounds for this request, the Commission states as follows:

1. In 1995, in D.C. Superior Court case number F-8170-94, petitioner was found guilty of Carrying a Pistol Without a License and Possession of an Unregistered Firearm. He currently is serving a parole violator sentence on these convictions.

2. Petitioner alleges that the Commission delayed in conducting his probable cause hearing and his final revocation hearing and that his due process right to confront witnesses during his revocation hearing was abridged. Therefore, according to petitioner, he is entitled to a writ of habeas corpus.

3. On or about January 9, 2006, the Court issued an Order directing the Commission to respond to petitioner's petition within 45 days of service of the Order. Service was accomplished on or about February 7, 2006. Hence, the Commission's Response is due by March 27, 2006.

4.  The Commission now seeks approximately seven additional days to file its Response. This extension of time is sought to permit the Commission sufficient time to review the petition, to research and prepare its response thereto, and is necessary in light of undersigned counsel's workload and deadlines in other pending matters.

5.  This brief extension will not unduly prejudice the petitioner.

6.  A proposed order is attached.

**WHEREFORE**, the United States respectfully requests that it be given until April 3, 2006 to respond to petitioner's petition.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar Number 451-058

ROBERT D. OKUN
D.C. Bar Number 457-078
Assistant United States Attorney
Chief, Special Proceedings Section

_____/s/_____
MARGARET J. CHRISS
Assistant United States Attorney
D.C. Bar Number 452-403
555 4th Street, N.W.
Washington, D.C.  20530
(202) 307-0874

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that, this 23rd day of March 2006, I caused a copy of the foregoing Motion for Extension of Time to File Response to Petitioner's Petition for Writ of Habeas Corpus to be served, via first-class mail, postage prepaid, to:

James F. Johnson
Fed. Reg. # 07561-016
FCI Fort Dix
East: P.O. Box 2000
West: P.O. Box 7000
Fort Dix, NJ 08640

                                            ____/s/_____
                                            Assistant United States Attorney