<b>UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF COLUMBIA</b>

| | |
|---|---|
| **JAMES F. JOHNSON,** * | |
| Petitioner, * | Civil Action No. 05-2504 (RWR) |
| * | |
| v. * | |
| * | |
| **WARDEN DENNIS HARRISON,** * | |
| Respondent. * | |

<b><u>ORDER</u></b>

Upon consideration of the United States Parole Commission's ("the Commission") Motion for Extension of Time to Respond to Petitioner's Petition for Writ of Habeas Corpus, any opposition thereto, and for good cause shown, it is this _____ day of _____, 2006, hereby:

**ORDERED** that the motion is granted, and that the Commission may file its response to petitioner's petition by no later than April 3, 2006.

**SO ORDERED**.

_____
United States District Judge

<u>Copies to</u>:

Margaret J. Chriss
Assistant United States Attorney

James F. Johnson
Fed. Reg. # 07561-016
FCI Fort Dix
East: P.O. Box 2000
West: P.O. Box 7000
Fort Dix, NJ 08640