# **Exhibit A**



SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
SOCIAL SERVICES DIVISION - ADULT BRANCH
PRESENTENCE REPORT

PDID No.       : 165-376
Docket No.     : F 8170-94C&D

Re  : James F. Johnson                     Date Referred   : 2/13/95

To  : The Honorable Stephanie Duncan-Peters  Date Due      : 3/24/95

From: Probation Officer John T. Fowler     Sentencing Date : 3/31/95

---

**Defendant Information:**
True Name: James Freddick Johnson         Address: 1320 B 9th St., N.W.
                                                   Washington, D.C.

Aliases: James Johnson, Jay Johnson,       Tel. No.: None
and Jake Johnson

Age/Birthdate:              Sex: Male     Birthplace: Orangeburg, S.C.
                    42

Time in D.C. Area: Thirty years            Citizenship: U.S.A.
                                           Alien No.: N/A

Marital Status: Divorced Dependents: 1     Education: GED

Social Security No.                        Permit No.: D.C. (Same)

DCDC No.: 119-202                          FBI No.: 981 257 C

---

**Offense, Code and Penalty:** Carrying A Pistol without A License (Prior Conviction) 22-3204 (a) which carries a penalty of up to Five years in jail and Possession of Unregistered Firearm 6-2311 (a) which carries a penalty of up to one year in jail.

**Plea:** Not Guilty  **Judgment:** Guilty (Jury)  **Bond Status:** $3,000 Cash
                                                                     Committed

**Detainers or Pending Charges:** Parole warrant/detainer lodged against the defendant on 8/29/94 based upon a 1992 conviction for Possession of Drug Paraphernalia and his convictions in this case.

**Co-defendant(s):**
None              (Dkt No.): N/A           (Status): N/A

AUSA: Douglass Klein                       Telephone: (202) 514-

Defense Counsel: Colin Dunham              Telephone: (202) 393-

"In accordance with the U.S. Parole Commission and Reorganization Public Law 94-233, dated March 15, 1976 this report is disclosed to inmates in federal institutions for purposes of parole consideration."

03/23/06 09:18 FAX 301 492 5563    US PAROLE COMMISSION
Case 1:05-cv-02504-RBW    Document 8-2    Filed 04/03/2006    Page 3 of 10    ☒007

2

**CONTACTS:**

3/17/95   Interview with the defendant at the Lorton Medium Security Facility.

3/23/95   Telephone call to AUSA Douglass Klein (202) 514-7506, left a message.

3/23/95   Telephone call to Vicki C. Zapata, Parole Officer (202) 723-0106, left a message.

3/23/95   Telephone conversation with Vicki C. Zapata, Parole Officer (202) 723-0106.

3/23/95   Telephone call from AUSA Douglass Klein (202) 514-7506, he left a message.

3/24/95   Telephone conversation with Vicki C. Zapata, Parole Officer (202) 723-0106.

3/24/95   Telephone call to AUSA Douglass Klein (202) 514-7506, left a message.

**OFFICIAL VERSION:**

The Affidavit in Support of an Arrest Warrant states the following with respect to F 8170-94:

"On August 22, 1994, at about 4:30 p.m., MPD officers responded to an emergency call from W-1, who was located in her apartment in the 2600 block of Douglass Road, S.E. W-1 indicated that defendant, whom she is acquainted with, had been trying to get into her apartment building. Defendant was ringing the bell and swinging a baseball bat that he held. At one point, W-1 saw defendant pull from his pocket a small black handgun.

When officers arrived, defendant had left the scene. W-1 described defendant, the car he was driving, and the direction in which he had driven. The officers drove in that direction. Within several minutes, defendant's car was observed on the grounds of Douglas Jr. High School (about one block form W-1's home). Defendant was driving the car. When defendant saw the officers, he tried to drive away, but was unsuccessful. As the officers approached the car, three guns were observed being tossed from the vehicle. Three individuals who were with defendant jumped from the car and ran, but defendant was unable to escape in time. After defendant was secured, officers looked in the area where the weapons had been tossed and located two guns: a loaded .380 semi-automatic pistol and a loaded sawed-off shotgun. Both weapons were fired operable. W-1 later

3

**OFFICIAL VERSION CONT'D.**

identified defendant as the one who been outside her apartment and identified the .380 as the gun he had in his possession. Defendant has no license to carry a pistol."

**DEFENDANT'S VERSION:**

The defendant denies having a gun in his possession at any time. He says that the police went in the woods and found the gun and blamed him, even though they knew that some one else had had the gun.

**PRIOR CRIMINAL RECORD:**

**WASHINGTON, D.C.**

| Date | Charge | Disposition | Source |
|---|---|---|---|
| 7/20/58 | Robbery | Sentenced on 8/29/58 to 3 to 9 years. | NCIC |
| 5/29/69 | Attempted Burglary (Count A) | Sentenced to 8 months. | " |
|  | Petit Larceny (Count B) | " | " |
|  | Engaging in a Riot (Count C) | " | " |
| 3/ 1/70 | Maintaining/Setting Up Gambling Table | Disposition not given. | " |
| 8/ 5/70 | Maintaining Gambling Premises | Disposition not given. | " |
| 9/ 9/70 | Gambling | Disposition not given. | " |
| 9/16/82 | Simple Assault M 11636-82 | No Papered on 9/16/82. | DCSC |
| 9/27/83 | Assault with A Dangerous Weapon M 13153-83 (Count A) | No Papered on 9/28/83. | " |
|  | Destruction of Property over $200 (Count B) | No Papered on 9/28/83. | " |

PRIOR CRIMINAL RECORD CONT'D.

| Date | Charge | Disposition | Court |
|---|---|---|---|
| 9/27/87 | Destruction of Property (Count C) | Nolled on 10/27/83. | DCSC |
| | Simple Assault (Count D) | Nolled on 10/27/83. | " |
| | Possession of A Prohibited Weapon (Gun) (Count E) | Nolled on 10/27/83. | " |
| 2/ 2/84 | Second Degree Murder while Armed F 769-85 (Count A) | Dismissed on 1/6/86. | " |
| | Any other Felony (Count B) | Dismissed on 1/6/86. | " |
| 5/ 8/84 | Carrying A Dangerous Weapon (Felony) F 3308-84 (Count A) | Indicted on 5/23/84. | " |
| | Carrying A Dangerous Weapon (Felony) (Count B) | Sentenced on 3/4/85 to 1 year in jail. | " |
| | Any other Felony (Count C) | Dismissed on 3/4/85. | " |
| | Any other Felony (Count D) | Dismissed on 3/4/85. | " |
| | Possession of Cocaine (Count E) | Sentenced on 3/4/85 to 2 to 6 years in jail. | " |
| 9/21/89 | Carrying A Dangerous Weapon (Felony) F 11054-89 (Count A) | Indicted on 10/19/89. | " |
| | Carrying A Dangerous Weapon (Felony) (Count B) | Dismissed for want of prosecution on 2/8/90. | " |
| | Any other Felony (Count C) | Dismissed for want of prosecution on 2/8/90. | " |

5

**PRIOR CRIMINAL RECORD CONT'D.**

| | | | |
|---|---|---|---|
| 9/21/89 | Any other Felony (Count D) | Dismissed for want of prosecution on 2/8/90. | DCSC |
| | Possession of Drug Paraphernalia (Count E) | Dismissed for want of prosecution on 2/8/89. | " |
| | Carrying A Dangerous Weapon (Felony) (Count F) | Acquitted 6/10/92. | " |
| | Any other Felony (Count G) | Acquitted 6/10/92. | " |
| | Any other Felony (Count H) | Acquitted 6/10/92. | " |
| | Possession of Drug Paraphernalia (Count I) | Sentenced on 7/14/92 to 30 days ESS and placed on probation for 1 year. | " |
| 11/21/90 | Unlawful Entry M 12856-90 | No Papered on 11/22/90. | " |
| 9/13/93 | Any other US Charge M 13293-93 | No Papered on 9/23/93. | " |
| 10/19/93 | Fugitive from Justice S 2255-93 | Return to court on 10/26/93. | " |

**FAIRFAX COUNTY, VIRGINIA**

| | | | |
|---|---|---|---|
| 10/25/93 | Larceny (Felony) F 126640 | Disposition not given. | NCIC |

**WASHINGTON, D.C.**

| | | | |
|---|---|---|---|
| 8/22/94 | National Firearms Act F 8170-94 (Count A) | No Papered on 8/23/94. | DCSC |
| | Carrying A Pistol without A License (Count B) | Indicted on 9/14/94. | " |

03/23/06 09:19 FAX 301 492 5563     US PAROLE COMMISSION
Case 1:05-cv-02504-RBW    Document 8-2    Filed 04/03/2006    Page 7 of 10    ☒012

6

**PRIOR CRIMINAL RECORD CONT'D.**

| Date | Offense | Disposition | Court |
|---|---|---|---|
| 8/22/94 | Carrying A Pistol without A License (Count C) | **INSTANT OFFENSE** | DCSC |
| | Unregistered Firearm (Count D) | **INSTANT OFFENSE** | " |
| | Unlawful Possession of Ammunition (Count E) | Dismissed on 2/13/95. | " |
| | Possession of A Prohibited Weapon (Felony) (Count F) | Dismissed on 2/13/95. | " |
| | Unregistered Firearm (Count G) | Dismissed on 2/13/95. | " |
| | Unlawful Possession of Ammunition (Count H) | Dismissed on 2/13/95. | " |

**PROBATION/PAROLE/PRE-DISPOSITION ADJUSTMENT:**

The defendant was cooperative during our interview at the Lorton Medium Security Facility. The defendant is presently on federal parole. His Parole Officer Vicki C. Zapata (202) 273-0106 reports that the defendant's adjustment to parole has been poor. She said though he reports, he does not otherwise comply with the conditions of his parole. Moreover, he has received convictions in two cases, including this case, while on parole. Additionally, she related that the defendant has recently been under scrutiny by the U.S. Attorney's Office for his involvement in some type of prisoner release program.

**EMPLOYMENT HISTORY:**

From: 6/26/94 to the Present
**Name of Employer:** Self-employed (Variety Store)
**Address:** 1320 9th St., N.W., Wash., D.C. 20009
**Telephone Number:** (202) 583-6154 (Disconnected)
**Position/Salary:** Owner-Operator/Salary was not determined
**Reason for Leaving:** Incarceration
**Verification:** Unable to verify.

**EMPLOYMENT HISTORY CONT'D.**

From: 1/94 to the Present
Name of Employer: Self-employed (D.C. Superior Court Investigator)
Address: 1320 9th Street, N.W., Washington, D.C. 20009
Telephone Number: (202) 583-6154 (Disconnected)
Position/Salary: Criminal Investigator/$7.50 per hour
Reason for Leaving: Incarceration
Verification: Unable to verify.

**SOCIAL HISTORY:**

**TREATMENT PLAN:**

1. Seek and maintain full-time employment.

2. Perform community service, preferably in a youth program to show the youth what an old convict looks like.

3. Random drug testing and treatment if indicated.

10

RECOMMENDATION:

Incarceration is respectfully recommended.

Respectfully submitted,

John T. Fowler
Probation Officer
(202) 508-1617

Approved by: _____
Louis J. Marmo
Supervisory Probation Officer
(202) 508-1929