# Exhibit B

```
  PAR5F  540*23  *      SENTENCE MONITORING       *    01-05-2006
PAGE 001          *     COMPUTATION DATA          *    12:32:15
                        AS OF 10-10-2003
```

REGNO..: 07561-016 NAME: JOHNSON, JAMES F

```
FBI NO.............: 981257C              DATE OF BIRTH:
ARS1...............: EST/PAROLE
UNIT...............:                      QUARTERS.....:
DETAINERS..........: NO                   NOTIFICATIONS: NO
```

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE: 10-10-2003 VIA PAROLE

------------------------PRIOR JUDGMENT/WARRANT NO: 070------------------------

```
COURT OF JURISDICTION............: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER....................: F-8170-94C,D
JUDGE............................: DUNCAN-PETERS
DATE SENTENCED/PROBATION IMPOSED: 03-31-1995
DATE PROBATION REVOKED...........: 02-18-1997
TYPE OF PROBATION REVOKED........: REG
DATE WARRANT ISSUED..............: N/A
DATE WARRANT EXECUTED............: N/A
DATE COMMITTED...................: 06-22-2000
HOW COMMITTED....................: DC SUPERIOR COURT COMT
PROBATION IMPOSED................: NO
SPECIAL PAROLE TERM..............:

                 FELONY ASSESS  MISDMNR ASSESS   FINES         COSTS
NON-COMMITTED.:  $00.00         $00.00           $00.00        $30.00

RESTITUTION...: PROPERTY: NO   SERVICES: NO      AMOUNT: $00.00
```

------------------------PRIOR OBLIGATION NO: 010------------------------
OFFENSE CODE....: 606
OFF/CHG: (CT C) 22-3204(A) CARRYING A PISTOL WITHOUT A LICENSE

```
  SENTENCE PROCEDURE.............: DC OMNIBUS ADULT SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:   10 YEARS
  MINIMUM TERM...................:   40 MONTHS
  DATE OF OFFENSE................: 08-22-1994
```

```
5H
G0002        MORE PAGES TO FOLLOW . . .
```

```
;H       PAR5F  540*23 *      SENTENCE MONITORING         *    01-05-2006
PAGE 002         *            COMPUTATION DATA            *    12:32:15
                              AS OF 10-10-2003

REGNO..: 07561-016 NAME: JOHNSON, JAMES F


------------------------PRIOR OBLIGATION NO: 020 -------------------------
OFFENSE CODE....:  606
OFF/CHG: DC ADULT: 6-2311(A) POSSESSION OF AN UNREGISTERED FIREARM

  SENTENCE PROCEDURE.............: DC CODE OMNIBUS MISDEMEANOR > 180 DAYS
  SENTENCE IMPOSED/TIME TO SERVE.:      1 YEARS
  RELATIONSHIP OF THIS OBLIGATION
    TO OTHERS FOR THE OFFENDER...: CS OBLG 010
  DATE OF OFFENSE................: 08-22-1994

------------------------PRIOR COMPUTATION NO: 030 ------------------------

COMPUTATION 030 WAS LAST UPDATED ON 10-10-2003 AT EST AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 030:   070 010, 070 020

DATE COMPUTATION BEGAN..........: 02-18-1997
COMBINED SENTENCE PROCEDURE.....: DC OMNIBUS ADULT COMBINED SENTENCE
COMBINED TERMS IN EFFECT........:     11 YEARS
COMBINED TERMS IN EFFECT CONVERT:     11 YEARS
COMBINED MINIMUM TERM...........:     44 MONTHS
EARLIEST DATE OF OFFENSE........: 08-22-1994

JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                    08-23-1994    04-18-1995

TOTAL JAIL CREDIT TIME..........: 239
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 0
TOTAL SGT POSSIBLE..............: 0
PAROLE ELIGIBILITY..............: 12-05-1999
STATUTORY RELEASE DATE..........: 06-23-2007
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: N/A
EXPIRATION FULL TERM DATE.......: 06-23-2007




G0002       MORE PAGES TO FOLLOW . . .
```

```
;H      PAR5F  540*23 *         SENTENCE MONITORING        *    01-05-2006
PAGE 003          *             COMPUTATION DATA           *    12:32:15
                                AS OF 10-10-2003

REGNO..: 07561-016 NAME: JOHNSON, JAMES F


PAROLE EFFECTIVE................: 10-10-2003
PAROLE EFF VERIFICATION DATE....: 10-10-2003
NEXT PAROLE HEARING DATE........: N/A
TYPE OF HEARING.................: PAROLE EFFECTIVE

ACTUAL SATISFACTION DATE........: 10-10-2003
ACTUAL SATISFACTION METHOD......: PAROLE
ACTUAL SATISFACTION FACILITY....: EST
ACTUAL SATISFACTION KEYED BY....: VDK

DAYS REMAINING..................: 1352
FINAL PUBLIC LAW DAYS...........: 0

REMARKS.......: 6 MONTH/10% DATE IS 3-11-2003
                NOA DTD 7/29/03 R/R BY 29DYS, PAR EFF 10/10/03.




G0002      MORE PAGES TO FOLLOW . . .
```