**Exhibit F**

U.S. Department of Justice                             **Notice of Action**
United States Parole Commission
5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201

Name:  JOHNSON, James                          Institution: D.C. CSOSA
Register Number: 07561-016
DCDC No: 119-202                               Date:        March 1, 2004

In the case of the above-named, the following parole action was ordered:

You shall not have any association or contact of any kind with minor children, whether in your residence, employment, social, or other activities, without the approval of your Supervision Officer.

In addition, you shall be subject to the Special Sex Offender Aftercare Condition. You shall participate in an in-patient or out-patient mental health program as directed by your Supervision Officer, with special emphasis on long-term sex offender testing and treatment. You are expected to acknowledge your need for treatment and to participate in good faith in achieving the program goals that will be established for you.

Special Search Condition to allow CSOSA to conduct searches of your person, property and abode, at a reasonable time and manner by your CSO, in order to determine if you continue to have contact with minor or possess items used to groom minors.

**REASONS:**

Pursuant to 28 C.F.R. §2.40. Special Condition added.

The above decision is not appealable.

Copies of this Notice are sent to your institution and to your supervising officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish to notify.

cc:  John Taberski
     General Special Supervision
     Sex Offender Unit Team # S2
     D.C. Court Services & Offender Supervision Agency
     300 Indiana Avenue, N.W., Suite 2149
     Washington, D.C. 20001

JOHNSON 07561-016                        -1-                      Clerk: OMG
Queued: 03-01-2004 11:47:11 BOP-D.C. Court Services & Offender Supervisi | USPO-Mental Health/Sex Offender Unit,
300 Indiana Avenue |