**<u>Exhibit G</u>**




# Court Services and Offender Supervision Agency
## For the District of Columbia
*Community Supervision Services*
*Branch VII, General/Special Supervision*

## Alleged Violation(s) Report

June 16, 2005

**TO:**  Ms. Deirdre Jackson
United States Parole Commission
5550 Friendship Boulevard
Chevy Chase, MD  10815-7201

**FROM:**  Anthony Hinton  **Unit:**  Sex Offender Supervision I - Team 13

Community Supervision Officer  **Telephone:**  (202) 585-7416

**Please send all inquiries to:**  300 Indiana Ave., NW, Rm. 2002  **Fax:**  (202) 585-7497
Washington, DC 20001-2106

**Email:**  Anthony.hinton@csosa.gov

**SUBJECT:**  Warrant Request
**DOCKET:**  33483-76 and F-8170-94

**Offender:**  James Johnson
**FEDREG #:**  07561-016
**FBI #:**  981 257 C
**DCDC #:**  119-202
**PDID #:**  165-376
**Action Recommended:** WARRANT

US PAROLE
JUN 2 9 2005
COMMISSION

SENTENCING INFORMATION

Mr. Johnson was sentenced on November 10, 1976 to an aggregate period of incarceration of six to 30 years for Burglary While Armed, Rape While Armed, Assault With a Dangerous Weapon, and Carrying a Pistol Without a License in Case No. 33483-76.

On February 18, 1997, Mr. Johnson was sentenced to 40 months to 10 years incarceration for Carrying a Pistol Without a License and one year incarceration for Unregistered Firearms in Case No. F-8170-94. The offender was released to parole supervision on October 14, 2003. His full term date for Case No. F-8170-94 is June 23, 2007. Mr. Johnson's full term date for the previous case is April 20, 2013.

The offender's special conditions include the following:

- You shall not have any association or contact of any kind with minor children, whether in your residence, employment, social, or other activities, without the approval of your supervision officer."
- Special Sex Offender Aftercare Condition.

6

Court Services and Offender Supervision Agency                                         Page 2

- Special Search Condition to allow CSOSA to conduct searches of your person, property, and abode, at a reasonable time and manner by your CSO, in order to determine if you continue to have contact with minors or possess items used to groom minors.

Since supervision, the offender is alleged to have committed the following violation(s):

1. **Failure to abide by the special condition: "You shall not have any association or contact of any kind with minor children, whether in your residence, employment, social, or other activities, without the approval of your supervision officer."**

As alleged by the parties documented in this report, and documented by the attached running record entries, the offender contacted minors on numerous occasions following the issuance of the above special condition on March 1, 2004.

2. **Failure to abide by the condition of release: "You shall not associate with any persons who have a criminal record without the permission of your supervision officer."**

As evidenced by the attached documents from D.C. Jail and running record entries, the offender had extensive face-to-face contact with inmates of said facility following his release from incarceration.

3. **Failure to abide by the condition of release: "You shall make a complete and truthful written report (on a form provided for that purpose) to your supervision officer between the first and third day of each month, and on the final day of parole. You shall also report to your supervision officer at other times as your supervision officer directs, providing complete and truthful information."**

As evidenced by the attached Supervision Reports signed and dated by the offender, along with the correlating running record entries, he submitted false information to CSOSA on numerous occasions. The false information is primarily concerning vehicles driven by and/or owned by the offender and a rearrest matter.

4. **Failure to abide by the condition of release: "You shall cooperate fully with those responsible for your supervision. You shall carry out the instructions of your supervision officer and report as directed, knowing that failure to do so may be sufficient to cause your return to the institution."**

As evidenced by the attached running record entries, the offender refused to cooperate with direct instructions from CSOSA on numerous occasions throughout his supervision to include instructions that he not conduct work or social visits at DC Jail/CTF or work as an investigator or positions of authority or counseling over other offenders. As documented by CSO Taberski on 7/13/04, while discussing the offender's parole conditions, Mr. Johnson stated, "I will follow the conditions I choose to follow."

5. **Failed to Obey All Laws**

As evidenced by the attached DC Superior Court document dated May 19, 2005, offender is scheduled to appear before The Honorable Judge Frederick Dorsey on June 24, 2005. Offender



Court Services and Offender Supervision Agency                                           Page 3

was arrested on May 18, 2005 in the District of Columbia and charged with Operating After Suspension, case # T2724-05.

6. **Failure to Abide by the following condition of release: " You shall get in touch within 2 days with your Supervision Officer if you are arrested or questioned by a law enforcement officer.**

Offender did not report the noted arrest incident to his Community Supervision Officer until June 8, 2005.

Mr. Johnson was released to parole supervision on October 14, 2003. His adjustment to parole is considered to be poor. This report will outline the chronology of the offender's continued lack of compliance to date. Following his release from a halfway house, Mr. Johnson was assigned to CSOSA's Sex Offender Supervision Team #13. His initial community supervision officer (CSO) was John Taberski. The offender's current CSO is Anthony Hinton. CSOs Taberski and Hinton are supervised by SCSO Paul Brennan.

Issues concerning the offender's supervision were first brought to CSO Taberski's attention by United States Parole Commission (USPC) Hearing Examiner Michael Green on February 3, 2004. Mr. Green contacted CSO Taberski indicating he encountered the offender at Correctional Treatment Facility (CTF) on February 2, 2004. Mr. Green stated the offender approached him at CTF and stated he was acting as a voluntary witness in a Parole Revocation Hearing (unknown offender). Mr. Green stated Mr. Johnson introduced himself as a Certified Addictions Counselor. CSO Taberski and Mr. Green discussed the fact that Mr. Johnson could not be permitted to associate with persons having criminal records while serving parole.

On February 9, 2004, CSO Taberski addressed this matter with USPC Analyst Deirdre Jackson, who stated the offender is in violation of his parole conditions if he associates for any purpose with persons who have a criminal record. Ms. Jackson specifically stated the offender must be instructed not to work in the substance abuse counseling field if it involves counseling people who have a criminal record (see attached letter from USPC, dated 2/23/04). CSO Taberski informed Ms. Jackson that further investigation would be necessary in order to determine the extent in which the offender had violated this parole condition.

On February 23, 2004, CSO Taberski spoke with Leona Bennett of DC Jail's warden's office. According to Ms. Bennett, the offender entered DC Jail on at least two occasions in January and February 2004, and was admitted because "staff members thought he was an investigator." When staff members identified the offender as a former inmate of Lorton Prison, he was told to leave. According to Ms. Bennett, the offender returned on at least one occasion following the incident in which he was instructed to leave, and stated he was hired by attorneys to see their clients as a certified substance abuse counselor. Ms. Bennett stated Mr. Johnson had contact with both female and male inmates at the jail. On one occasion, Ms. Bennett stated staff members attempted to "stop" the offender, but he literally ran from them and fled the jail property. CSO Taberski sanctioned Mr. Johnson for his non-compliance in the form of daily reporting to the supervision office.

On March 3, 2004, CSO Taberski spoke to attorney Duane O. King (202-464-9955), who stated he submitted a letter to DC Jail on 1-16-04, asking that the offender be admitted to the jail to consult with his client, Joseph Mims (DCDC #245-661). According to Mr. King, he "was not aware Mr. Johnson was an ex-offender," when he submitted the letter. Mr. King stated his client, Mr. Mims, told him Mr. Johnson had been "routinely" seeing other offenders at the jail, and wished to be counseled by him. Mr. King

Gr 5

stated he was later informed by a staff member at the jail that Mr. Johnson is a parolee and must not enter the jail for any purpose. He stated he ceased communication with Mr. Johnson at that time.

On February 24, 2004, CSO Taberski reviewed a psychosexual assessment report of the offender that was authored by Dr. Michael Lavin of the Augustus Institute. Dr. Lavin recommended group and individual treatment for the offender, and cautioned that it would not be safe for the offender to have unsupervised contact with his daughter, who is a minor.

On February 26, 2004, CSO Taberski conducted a home visit to offender's residence at 2632 Wade Road, SE, Apt. 11. There was a handwritten sign on the offender's door that read, "Cable and furniture delivery, go to apartment 22 for keys to get in." CSO Taberski visited apartment 22 where the door was answered by a 13 year old boy. CSO Taberski asked the boy if he knew the man in apartment 11, to which he replied, "Yeah, that's Mr. Johnson, the CIA guy." CSO Taberski asked further questions and the boy stated the offender had entered his apartment earlier that morning, and had previous contact with him and his siblings (ages 1, 2, and 4). CSO Taberski asked if the boy's parents were home, and he stated they were not. The younger children were only partially clothed, wearing shirts with no pants. One of them was completely naked. CSO Taberski called SCSO Brennan, who advised him to call 911 and wait for the police to arrive on the scene.

CSO Taberski called 911 and made a report of the unsupervised children, and the purpose of the visit to the apartment complex. CSO Taberski informed the Metropolitan Police Department (MPD) dispatcher the offender's convictions, registered sex offender status, and alleged contact with the minor children. After speaking to the MPD dispatcher, CSO Taberski observed a woman entering the apartment building occupied by the children and the offender. She stated the children belonged to her. For the purpose of this report, this woman will be referred to as "C-1." C-1 informed CSO Taberski her children were ages 13, 4, 2, and 1. C-1 further stated the offender had given money to her 13-year-old son on more than one occasion.

Given the aforementioned alleged incidents, as well as Dr. Lavin's clinical opinion that it would be potentially dangerous for the offender to have contact with minors, modifications of release conditions were requested. In a Notice of Action (NOA) dated March 1, 2004, USPC added three special conditions:

- "You shall not have any association or contact of any kind with minor children, whether in your residence, employment, social, or other activities, without the approval of your supervision officer."
- Special sex offender aftercare condition.
- Special search condition to allow CSOSA to conduct searches of your person, property, and abode, at a reasonable time and manner by your CSO, in order to determine if you continue to have contact with minors or possess items to groom minors.

G-1

It was also made clear to the offender that he is not to work in positions of authority with other known offender, to include work as an investigator, or to enter DC Jail or CTF, as this fell within the purview of the general conditions of parole.

Mr. Johnson violated the special condition to have no contact with minors on numerous occasion following issuance of the above NOA. On March 2, 2004, SCSO Brennan received a call from M Martin, who stated the offender called Jasmine on her cellular phone approximately three times aft school. Ms. Martin also voiced her concern that the offender maintained a room in his apartment f Jasmine. She stated there may have been items the offender purchased for her in the apartment. M Martin indicated the offender is known to drive a burgundy Toyota Camry with DC tags, "D6479." M Johnson has reported only one vehicle on his supervision forms from the time of his release to date, 1992 Burgundy Cadillac bearing DC license plates, "CBO309." He denied owning and/or driving a other vehicle when questioned about the matter by CSO Taberski and SCSO Brennan.

On March 15, 2004, Mr. Johnson reported to the supervision office as scheduled. CSO Taberski asked him if he drove to the supervision office, to which he replied, "No, I took the Metro and they have people who pick you up." He reported the only vehicle he owned and/or drove was the aforementioned 1992 Cadillac. In order to investigate the accuracy of the allegation that Mr. Johnson frequently drove another vehicle, CSO Taberski conducted surveillance of the offender following his office visit this date. CSO Taberski observed the offender outside the supervision office, where he was picked up by a mini-van approximately one block away from office on Indiana Ave., NW. The van drove the offender to a parking space directly in front of DC Superior Court, and the offender got into a maroon Toyota Camry that had no tags attached to the bumper. There was a DC tag displayed in the back window with "D 6478" or "D 6479." CSO Taberski observed the offender drive the vehicle away from the area, and later ran the tag information through WALES. Further investigation revealed the vehicle was registered to the offender's employer, "Youngin's."

On March 22, 2004, the offender reported as scheduled and denied having any contact with minors. He was again asked specifically about his method of transportation, and claimed he takes the Metro and does not drive because his Cadillac is "in the shop." The offender submitted no verbal or written information regarding the Toyota Camry he had been observed driving by CSO Taberski and Brenda Martin.

On March 24, 2004, CSO Taberski spoke to Ms. Martin, who stated the offender visited his minor daughter, Jasmine, when she was sick and home from school on March 15 and 16, 2004. Ms. Martin stated she was not home at the time the offender visited his daughter, and that he gave her money.

GS

Court Services and Offender Supervision Agency                                    Page 6

records showed telephone calls from the offender to Jasmine on: 2/27/04 (two calls), 2/28/04 (2 calls), 2/29/04 (2 calls), 3/1/04, 3/6/04, 3/7/04, 3/8/04 (2 calls), and 3/9/04 (two calls). Ms. Martin stated the log she kept only contained a partial list of the offender's calls to his minor daughter because she began a new work schedule, making it difficult to maintain the log. She also informed CSO Taberski and SCSO Brennan that the offender maintained a bedroom in his two-bedroom apartment that he was "trying to get Jasmine to move into."

       Following the meeting with the aforementioned parties on March 26, 2004, CSO Taberski and SCSO Brennan conducted a search of the offender's home residence, accompanied by MPD Officer Nathaniel Peterson  The purpose of the search was to investigate the validity of the previously documented allegations that Mr. Johnson possessed items used to groom children and that he had indeed contacted children.  CSO Taberski and SCSO Brennan seized and documented the offender's "Criminal Investigator" ID, which was in his jacket pocket. The ID appeared to be the one that was referred to in unsolicited comments by the offender's minor neighbor, as well as Brenda Martin.  The offender's apartment consisted of two bedrooms, one of which appeared to be where he sleeps. The other room consisted of a twin mattress, Sony Playstation with video games, and a TV/VCR. Two adult pornographic videos (one VHS and one DVD) were observed in the offender's apartment; one video in his bedroom and one in the room with the Playstation and video games.

       As a sanction for his noncompliant behavior and to increase the safety of minors in the community, Mr. Johnson was placed on GPS Monitoring on March 29, 2004.  The offender was continually noncompliant with GPS monitoring, despite explicit instructions regarding use of the equipment.  He was issued several written and verbal warnings regarding his blatant disregard of the simple actions necessary on his part in order for CSOSA to use the GPS system to monitor his activity in the community.

GPS monitoring decreased the offender's proclivity to groom minors with the previously documented inappropriate behavior. It was learned, however, that Mr. Johnson knew GPS monitoring was not a permanent sanction, nor foolproof in regard to stopping him from what he intended to do eventually. On April 30, 2004, CSO Taberski spoke with Brenda Martin, who stated that to her knowledge the offender had not contacted Jasmine following the day he was placed on GPS monitoring. Ms. Martin stated it was on or around that date Mr. Johnson told her he "would have to wait" to have further contact with Jasmine. Ms. Martin stated, however, the offender continued to pay for the cellular telephone accounts for Jasmine, as well as her minor cousin. The offender made further statements that suggested GPS was the only thing stopping him from temporarily ceasing his contact with Jasmine on 5/10/04. On that date, the offender stated to GPS Technician Jerry Swanson and CSO Taberski, "You don't know how bad I want to get off this thing. It hurts not to speak to my daughter. She had to go to her mother's gravesite yesterday." CSO Taberski reminded the offender he was not to have contact with minors, including his daughter, whether he was on GPS monitoring or not.

Also on May 10, 2004, SCSO Brennan received a call from the offender, who stated Jasmine attempted to call him but he did not pick up the phone when he saw her number on caller ID. CSO Taberski called Jasmine to investigate the matter, and Jasmine stated she received a call on her cell phone from the offender while she was at school, but did not answer. She stated she later received a call from a man who did not identify himself, but stated, "Your father told me to call you and tell you to call him because he cannot call you directly." She stated the man told her to call "202-526-4410." SCSO Brennan and CSO Taberski verbally reprimanded the offender, reminding him of the explicit instructions he was given to have no contact with minors, including through third parties.

Mr. Johnson's GPS monitoring sanction was removed on May 17, 2004. CSO Taberski received a telephone call on May 24, 2004 from Sergeant Panizari of the MPD Sex Offender Unit. Sgt. Panizari indicated he received a call from one of the offender's neighbors, who wished to remain anonymous. The neighbor stated he/she looked up the offender's name on the Sex Offender Registry because he displayed behavior that caused her to be very concerned. Although Sgt. Panziri indicated the neighbor was nervous and reluctant to provide details, she stated the offender "acts like a pedophile" and "is really inappropriate and creepy." Sgt. Panizari indicated the neighbor was calling him back that day, and he would provide CSO Taberski's contact information for the neighbor to call him if he/she wished.

On May 24, 2004, CSO Taberski received a call from the aforementioned neighbor, who identified him/herself as a neighbor of James Johnson. The neighbor stated he/she was nervous and did not wish to provide his/her name. The neighbor stated he/she received CSO Taberski's contact information from Sgt. Panizari after he/she contacted the offender following his/her researching the offender on the Sex Offender Registry (SOR) online. The neighbor stated he/he researched the offender in the SOR after observing numerous minor females frequenting his apartment late at night. The neighbor stated he/she began observing this activity approximately two weeks prior to 5/24/04, and the most recent occurrence was the date prior to her call. The neighbor stated three minor females entered the offender's apartment at approximately 3:00 p.m., and one of them left at approximately 11:00 p.m. The neighbor stated he/she did not see the remaining female leave, and he/she was watching until about 1:00 a.m. when he/she went to sleep. The neighbor stated minor females visited the offender's apartment on a daily basis. The neighbor provided accurate information about the offender's vehicles, stating he/she observed him

operating several cars, including a burgundy Cadillac. The neighbor even described CSO Taberski in accurate detail, stating he/she had observed him conducting home visits to the offender's apartment on several occasions.

In addition to Mr. Johnson's disregard of the no contact with minors condition, he continuously refused to cooperate with general conditions of parole while under CSO Taberski's supervision. The offender ignored numerous instructions by CSO Taberski to provide documentation of his earnings and/or other sources of income. On June 7, 2004, a conference was held with SCSO Brennan to address the offender's failure to provide proof of legal income. Mr. Johnson was unable to explain how he paid his mortgage, car maintenance, utilities, cell phone for himself and his minor niece, and other living expenses. The offender claimed he was earning "$10 per hour" for very limited part-time work at Youngin's Auto and Coalition for the Homeless.

On July 4, 2004, CSO Taberski and SCSO Brennan conducted an accountability tour with MPD Officer Steve Pristlop (202-409-8487). CSO Taberski and SCSO Brennan conducted a search of the offender's apartment, and observed several condoms both in his bedroom and the adjacent guest bedroom. The guest bedroom contained two twin mattresses on the floor, a television, and video game console. Pornographic videos (DVD and VHS) were observed in the offender's bedroom and guest bedroom. During the home visit, a female who stated she was 28 years old visited the offender's apartment. She stated she had a minor son, and was unaware of the offender's condition to have no contact with minors.

On July 6, 2004, CSO Taberski received another phone call from the offender's neighbor, who indicated he/she still wished to remain anonymous because he/she was scared of the offender. The neighbor indicated he/she witnessed the aforementioned parties conducting the accountability tour on 7/4/04, and that he/she also observed the female subject who visited the offender's apartment during the visit. The neighbor stated this individual frequently brought her minor son to the offender's apartment. The neighbor also stated that numerous males and females who appear to be minors visited the offender's apartment on a regular basis.

On July 6, 2004, Mr. Johnson reported as scheduled to the supervision office, and was questioned about the observations made by CSO Taberski and SCSO Brennan during the home visit on 7/4/05. When asked why there are condoms, a pornographic movie, and a video game system in the spare bedroom, the offender repeatedly answered, "I don't know" to that and other questions. On the way out of the office, the offender asked to speak to SCSO Brennan, which he did. The offender was again asked to explain the condoms, pornographic movies, and video games in the spare bedroom. The offender argued about the definition of "spare bedroom," and departed the supervision office without answering any questions asked of him.

On July 7, 2004, the offender refused to accept the Supervision Report containing written instructions from CSO Taberski. The report is given to offenders each time they visit the supervision office. Mr. Johnson reported to the supervision office the following day without an appointment and retrieved his supervision form, at which time he yelled at CSO Taberski and refused to leave the waiting area. Mr. Johnson left the supervision office when he was told that security would be called if he continued to disrupt the office environment.

By the middle of July 2004, Mr. Johnson's hostility toward CSO Taberski was escalating, and SCSO Brennan determined it would be appropriate to transfer his supervision to CSO Anthony Hinton. During his last office visit with CSO Taberski on July 13, 2004, CSO Taberski advised the offender that compliance with upcoming sex offender treatment was a parole condition. The offender responded, "I will follow the conditions I choose to follow." CSO Taberski then asked the offender what conditions he had been following, and he refused to provide an answer. CSO Taberski informed the offender that noncompliance with parole conditions would result in negative repercussions, such as a Violation Report

 

to the USPC. The offender stated, "Go ahead and request a warrant then, I don't care if I go back. I don't care at all."

Mr. Johnson's non-compliance with supervision continued with CSO Hinton. On 4/14/05, SCSO Paul Brennan encountered the offender at the Superior Court for the District of Columbia. Mr. Brennan noticed that the offender was wearing a badge of some sort on his jacket. Mr. Brennan confronted the offender and discovered that the badge was a CJA Investigator badge. Offender stated that he was authorized to carry the badge. Mr. Brennan then asked the offender if he was doing any work for attorneys, the offender said no. Further investigation into the matter by Mr. Brennan on the same day, revealed that the offender had taken the CJA Investigator class in November of 2004. This information was reported to Mr. Brennan by Mr. Brendan Wells, Deputy Chief of Investigations Division with the Public Defender Service. However, the offender was denied issuance of an Investigator's Badge due to his criminal background. How Mr. Johnson was able to obtain the badge is unknown. After being informed that the offender did have a badge, Mr. Wells requested to see the badge. SCSO Brennan contacted CSO Hinton and directed him to contact the offender and to have him to report to the supervision office to turn over the badge. The offender was contacted at work by CSO Hinton and directed to report to the office after work to submit badge. The offender reported to the office later that day and turned over the badge. CSO Hinton informed the offender why the badge was being confiscated. Offender stated that he was authorized to have the badge. On 4/15/05, the confiscated badge was examined by Mr. Wells. He confirmed that the badge had been issued by their office and that the offender's name appears on the investigators master list. However, Mr. Wells stated that due to the offender's criminal record, the badge should not have been issued. It is to be noted that Mr. Wells stated that it was strange that the offender's NCIC record run at the time of the offender's application was missing. As a result of theses events, it prompted an investigation as to whether the offender had conducted investigative work for attorneys in criminal matters. Knowing that earlier in his parole period that this office learned that he had told children he worked for the CIA while using a CJA badge to convince them of this false claim, this office was concerned that he may be using the investigator position to gain access to potential victims.

As authorized by the condition granted by the United States Parole Commission to search the offender's residence, on 4/29/05 a search was conducted by SCSO Paul Brennan and CSO Anthony Hinton. Officer Greg Arrington of the Metropolitan Police Department was present during the search. Offender was not receptive to the search but eventually agreed to allow the search. No direct evidence was discovered to suggest that the offender was having contact with minors. Nor were there any items discovered that suggested that the offender has been grooming minors. However, various DC Superior Court documents were discovered with information that was relative to individuals other than the offender to include a drug testing appointment slip and a NA/AA attendance sheet. Also found were two pay stubs from DC Superior Court made out to the offender in the amount of $40 each, which we later confirmed were witness vouchers. Those documents suggest that the offender is associating with persons who have criminal records and has performed work as an investigator, contrary to his previous statements made to this officer and SCSO Brennan.

On 5/12/05, CSO Anthony Hinton contacted Major Stanley Waldren at the DC Jail and requested that an investigation be conducted to determine whether the offender had entered the jail to conduct legal matters with inmates. A fax was received from Major Waldren on 5/24/05 reflecting visits by the offender as recent as 4/9/2005 in the capacity as an investigator for CJA and personal visits (see attached evidence). Additionally, a memo generated by the Warden dated 2/5/04 instructing DC DOC staff to bar the offender's entrance to the jail was forwarded. Again, it was determined that the offender violated the condition of not associating with persons who have criminal records.

Court Services and Offender Supervision Agency                                          Page 10

On May 18, 2005 in the District of Columbia the offender was arrested and charged with Operating After Suspension, case # T2724-05. The offender is scheduled to appear before The Honorable Judge Frederick Dorsey on June 24, 2005. The offender did not report the arrest to his supervision officer until he was confronted about it on 6/8/05, despite having reported to this office on 5/18/05 and 5/24/05 (see attached Supervision Reporting Forms where he failed to report rearrest).

To the offender's credit, he has reported for all appointments with this officer as directed. He has continuously tested negative for drug use. He is currently now testing once monthly which is a tribute to his refraining from drug use. Mr. Johnson is currently in compliance with his requirement of sex offender treatment. He was given a polygraph exam on 10/18/04, which suggested that he has not had any additional victims of the crime similar to his sex offense that occurred in 1976. Mr. Johnson was given a Maintenance Polygraph Exam on 1/14/05, which he successfully passed. During this exam, the offender did reveal that he did speak with his daughter on the telephone on Christmas Day. The offender informed this officer that his daughter called him on that day; however, this officer has been unable to confirm the offender's statement.

This office recommends that the Commission look at the totality of the offender's conduct over the course of this supervision term. This office believes that the offender has been testing the limits of acceptable behavior to see what he can get away with. The evidence collected suggests that he can be deceptive and that he feels the conditions imposed by the Commission are to be followed as he chooses when he chooses. This attitude is often a precursor to new criminal behavior and seeks to undermine the authority of the Commission. His unwillingness to follow the safeguards to community safety imposed by the Commission and enforced by CSOSA presents a risk to community safety and warrants a serious sanction.

███████████████████████████████████████████████████████████████████████████████████

This officer concludes that the offender poses a high risk to community safety and that a WARRANT is the appropriate action at this time.

Respectfully submitted,

_____

Anthony Hinton
Community Supervision Officer
Telephone Number: (202) 585-7416

6/21/05
(Date)

Approved by:

_____

Paul Brennan
Supervising Community Supervision Officer
Telephone Number: (202) 585-7487

6/16/05
(Date)

cc: File

Supervision - Running Record

*User:*
*Hinton, Anthony*
*CSO*

**JAMES JOHNSON**

PDID: 165-376
CSOSA: C0156691

<SMART Menu>

## Running Record Details

*Home*

*Historical Report*

*Offender Profile*

Personal
Collateral Contacts
Supervision
Assignment
Supervision Periods
Running Record
CSO Referral
Notice Of Action
Drug Testing
Assessments
Victims
Treatment
Offender Reports
Violations
Investigations
Community Service

|**Contact Date:**|3/24/2004 1:21:00 PM|
|**Contact With:**|Other Person|
|**Location:**|Community|
|**Contact Type:**|Telephone|
|**Purpose:**|Investigation|
|**Contacted By:**|Taberski, John|
|**Next Contact Date:**||
|**Comment:**|Spoke to Brena Martin, offender's daughter's guardian. She stated the offender visited his minor daughter when she was sick and home from school on March 15 and 16, 2004. Ms. Martin stated she was not home at the time the offender visited his daughter, and that he gave her money.|

<Quick Links>

<User Preferences>

*SMART Notes*
*Help    Logout*

6"



DISTRICT OF COLUMBIA
CRIMINAL JUSTICE ACT
DEFENDER SERVICES
THIS IS TO CERTIFY THAT
**JAMES F JOHNSON**
**INVESTIGATOR**
IS AUTHORIZED TO PERFORM INVESTIGATIVE
DUTIES IN ACCORDANCE WITH
D.C. CODE 1-2701 ET.SEO.

SIGNATURE

**IV0205**

12/31/2005
EXPIRATION DATE

UNAUTHORIZED USE OF THIS
IDENTIFICATION IS STRICTLY PROHIBITED

# DISTRICT OF COLUMBIA COURTS
## APPOINTMENT AND VOUCHER FOR EXPERT AND OTHER SERVICES

Page 1 of 2

| | Voucher Number |
|---|---|
| | AX0034334 |

Case Name: MITCHELL A GREEN           FILED 05\15\2004
UNLAWFUL ENTRY

**Docket Number**
Juvenile
Criminal    M 126702004
Appeal

**Check Appropriate Box:**

ISSUED 01/11/2005

☐ Adult          ☐ Juvenile

☐ Felony                    ☐ Review of Commitment
☒ Misdemeanor               ☐ PINS
☐ Appeal                    ☐ Fugitive
☐ Probation Revocation      ☐ Habeas Corpus
☐ Parole Revocation         ☐ 23 D.C. Code § 110
☐ Mental Retardation        ☐ Civil Commitment
☐ Other (Specify) _____

☐ Transcript      ☒ Investigation    ☐ Psychologist
☐ Interpreter     ☐ Psychiatrist     ☐ Process Service
☐ Other (Specify) _____
If transcript requested, of what proceeding: _____

Check category above and briefly describe below the service or expense and the reason may be in a separated statement sealed by the court.
HOURLY RATE 25.00

**ATTORNEY'S STATEMENT**

As the attorney for the person represented who is named above, I hereby affirm that: (1) the services or expenditures described in the section to the right are necessary for an adequate legal representation or defense in this case, and (2) the person represented affirms that he or she is unable to pay for the cost of these services. I therefore request authorization to obtain or incur them at the cost of the District of Columbia.

ADGIE O'BRYANT                        193375
ATTORNEY'S NAME (Printed)
Adgie O'Bryant Jr.        4-26-05
ATTORNEY'S SIGNATURE                  Date
TELEPHONE NO. 202-371-0013

Previous Payments    ☐ YES    ☒ NO
**ESTIMATED COST**

| Estimated | | *No. of Pages | Cost Per Page | Cost |
|---|---|---|---|---|
| Transcript | Original | | $ | $ |
| Cost | Copies | | $ | $ |

* Exclude free copy for Clerk of Court.

Estimated Cost
of Services_____ @ $_____ /Hr = $_____
                (Hours)
Expenses ........................... $_____
Total estimated cost ............... $_____
Previous
payments on this case .............. $_____

**COURT ORDER**

Financial inability of the person represented has been established to the court's satisfaction and authorization requested above is hereby granted.

Signature of Judge _____                    Date
☐ Judge-in-Chambers    ☐ Judge Assigned Case

SUCH SERVICES TO BE PROVIDED BY
Name JAMES F JOHNSON
Telephone 202 610 2632 #IV0205

☒ Services as stated, have been saisfactorily rendered.
Adgie O'Bryant, Jr.
SIGNATURE OF ATTORNEY
Address 1107 7th St. N.W. D.C. 20001

☐ Number of Transcript pages received
4-26-05                          $_____
Date
Telephone 202-371-0013  Unified D.C. Bar No. 193375

*If signature is for transcript services, it represents receipt of the number of pages indicated above.  Unless there is written notice to the contrary, after five (5) days, services will be deemed to have been satisfactorily rendered.

Approved
for
Payment  Signature of Judge _____        Date _____        Amount approved
$_____

Payee's Social Security No. _____

Payee ⟶ JAMES JOHNSON F.
Address ⟶ 2632 WADE RD SE UNIT #1

Zip Code 20020

| | Voucher Number |
|---|---|
| 5 | AX0034334 |

NOTIFICATION OF ADDRESS CHANGE
MUST BE SENT TO THE
CJA FINANCE OFFICE IN BUILDING A/RM 114

# SUPE____ ____OURT OF THE DISTRICT OF C____IA

United States of America

Cal. # _____
Case No. _T 2724-05_

_James   Johnson  2032 windesr se #M_

Defendant's name                    Defendant's address                    Defendant's phone no.

### YOU ARE HEREBY RELEASED ON THE CONDITIONS INDICATED BELOW:
### THESE CONDITIONS WILL BE IN EFFECT UNTIL YOUR CASE IS DISPOSED OF OR UNTIL
### THEY ARE CHANGED OR AMENDED BY A JUDGE

| | | |
|---|---|---|
| ☑ **PERSONAL PROMISE** | **PERSONAL RECOGNIZANCE.** Your personal recognizance, provided that you promise to appear at all scheduled hearings as required by the Court. | |
| $ ___ | **UNSECURED APPEARANCE BOND.** Your personal unsecured appearance bond, to be forfeited should you fail to appear as required by the Court. | |
| ☐ **SUPERVISORY CUSTODY** | You hereby agree to be placed in the custody of _____ who agrees (a) to supervise you in accordance with the conditions below, (b) to use every effort to assure your appearance at all scheduled hearings, trials, or otherwise, and (c) to notify the D.C. Pretrial Services Agency immediately in the event you violate any condition of release or disappear. Agency telephone - 585-7077  SIGNATURE OF CUSTODIAN _____ | Custodian's name _____  Custodian's address _____  Custodian's phone no. _____ |
| ☐ **YOU ARE TO STAY** | ☐ away from the complaining witness. _____ name | ☐ within the D.C. area. |
| ☐ **YOU ARE TO LIVE** | ☐ at _____ address _____ phone no.  ☐ You are to verify your address with D.C. Pretrial Services in Room C-301 within 24 hours.  ☐ Curfew is imposed at above address from _____ P.M. to _____ A.M. | |
| ☐ **DRUGS** | Report to D.C. Pretrial Services Agency, Room C-220, for:  ☐ Evaluation and if positive  ☐ Program placement by PSA  ☐ Placement in court ordered surveillance  ☐ Enroll in ☐ Maintain participation at ☐ PSA  ☐ ADASA  ☐ Other  Refrain from illegal drug use. | |
| ☐ **YOU ARE TO REPORT TO** | ☐ D.C. Pretrial Services Agency ☐ Weekly ☐ Other ___ ☐ By Phone ☐ In Person  ☐ Probation Officer ☐ Weekly ☐ Other ___ ☐ By Phone ☐ In Person  ☐ Parole Officer ☐ Weekly ☐ Other ___ ☐ By Phone ☐ In Person | |
| ☐ **REVIEW** | You are to report to the D.C. Pretrial Services Agency at room C-301 immediately upon release for a review of conditions | |
| ☑ **YOU ARE TO** | Refrain from committing any criminal offense, the penalties for which are explained on the reverse side of this order. | |
| ☑ **OTHER** | **You shall not operate any Motor Vehicle in DC without a valid Permit** | |
| **MONEY BOND OF** $ ___ | ☐ **CASH BOND.** Upon execution of appearance bond, to be forfeited should you fail to appear as required by the Court, secured by a deposit, such deposit *to be returned* when the Court determines you have performed the conditions of your release. You will deposit the in registry of the Court _____%.  ☐ **SURETY BOND.** Upon execution of appearance bond with approved surety. | |

| **NEXT DUE BACK** | on _10·24·05_ in Courtroom _115_ at _9:00_ ☑ (A.M.) ☐ P.M.  If you have any questions about the date, time, or location CALL THE D.C. PRETRIAL SERVICES AGENCY AT 585-7077 | **YOUR ATTORNEY** _____  address _____  phone no. _____ |
|---|---|---|

**DEFENDANT'S SIGNATURE** ▶ _James J Johnson_

I understand the penalties which may be imposed on me for willful failure to appear or for violation of any condition of release and agree to comply with the conditions of my release and to appear as required.

**WITNESSED BY** _John_ _____ (title or agency) _Dep. Clerk_

**IMPORTANT:** YOU ARE TO NOTIFY IMMEDIATELY THE D.C. PRETRIAL SERVICES AGENCY, 500 INDIANA AVE. N.W., ROOM C-301 TELEPHONE NUMBER 585-7077, OF ANY CHANGE OF ADDRESS, EMPLOYMENT, OR CHANGE IN STATUS OF ANY RELEASE CONDITIONS.

Date _5/19/05_

**SO ORDERED**

▶ _Frederick B Hosey_
Signature of Judge

WHITE - COURT JACKET       YELLOW - DEFENSE ATTORNEY
GREEN - D.C. PRETRIAL SERVICES AGENCY    GOLD - CUSTODIAN
BLUE - DEFENDANT           PINK - U.S. ATTORNEY

FORM CD-1293/1/N 00

Gr 14

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

## EXPLANATION OF INVESTIGATOR'S CLAIM FOR SERVICES AND EXPENSES

Voucher Number: AX0034334

| PERSON INTERVIEWED | Relationship To Case | Place of Interview | Date | Time Begun | Time Ended | Hours/ Minutes |
|---|---|---|---|---|---|---|
| ANNE O'BRYANT | ATTORNEY | 1107 7th St NW | 12.14.04 | 10:00 A | 11:30 | 1.30 |
| MITCHELL GREEN | DEE | 500 INDIANA AVE NW | 12.15.04 | 9:15 A | 10:30 A | 1.15 |
| HECTOR GONEZ | WITNESS | 1445 PARK RD NW | 12.19.04 | 11:30 | 1:30 P | 2.0 |
| HENRY SINGLETERRY | WITNESS | 3435 14th St NW | 12.19.04 | 2:00 P | 4:00 P | 2.0 |
| OTHEL WILLIAMSON | WITNESS | 1401 COLUMBIA RD NW | 12.21.04 | 10:55 A | 11:55 A | 1.10 |
| LESLIE MORRIS | WITNESS | 3460 14th St NW | 12.22.04 | 1:30 P | 3:00 P | 2.30 |
| TONY WILKINS | WITNESS | BY PHONE | 12.22.04 | 6:45 | 7:20 P | .35 |
| OLIVER NEWSONE | WITNESS | BY PHONE | 12.33.04 | 5:45 P | 6:23 | .37 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Total Interview .......... (Hrs./Mins.) 11,37 × (Hrly Rate) $ 25.00 = Total Claim $ 344.59

| TRAVEL TIME  (Points of Travel—From/To—(Give Specific Addresses) | No. of Miles | Date | Time Begun | Time Ended | Hours/ Minutes |
|---|---|---|---|---|---|
| 500 INDIANA AVE NW TO 1445 PARK RD. NW | 4 | 12.19.04 | 11:20 | 11:26 A | .7 |
| 1445 PARK RD NW TO 500 INDIANA AVE NW | 4 | 12.19.04 | 1:32 P | 11:41 P | .9 |
| 500 INDIANA AVE NW TO 3435 14th NW | 4 | 12.19.04 | 1:48 P | 1:58 P | .10 |
| 3435 14th St NW TO 500 INDIANA AVE NW | 4 | 12.19.04 | 4:00 P | 4:15 | .15 |
| 500 INDIANA AVE NW TO 1401 COLUMBIA RD NW | 3 | 12.21.04 | 10:35 A | 10:44 A | .9 |
| 1401 COLUMBIA RD NW TO 500 INDIANA AVE NW | 3 | 12.21.04 | 11:26 A | 12:25 P | .9 |
| 500 INDIANA AVE NW TO 3460 14th St NW | 3 | 12.22.04 | 1:20 P | 1:28 P | .8 |
| 3460 14th St NW TO 500 INDIANA AVE NW | 3 | 12.22.04 | 3:05 P | 3:13 P | .8 |

Total Travel .............. (Hrs./Mins.) 1,16 × (Hrly Rate) $ 25.00 = Total Claim $ 31.67

| OTHER (Specify) | Date | Time Begun | Time Ended | Hours/ Minutes |
|---|---|---|---|---|
| WALK CRIME SCENE 1408 MERIDIAN PL NW | 12.17.04 | 1:00 P | 2:15 P | 1.15 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Total Other .............. (Hrs./Mins.) 1,15 × (Hrly Rate) $ 25.00 = Total Claim $ 31.25

Total Service Charge  (Enter on Form EO(1) 992 ........ $ 407.51

WHITE — FISCAL OFFICER, D.C. COURTS
YELLOW — RETAINED BY CONTRACTOR/PAYEE

Form EO(1)-692/Mar. 88                                          8-2367 w.o.277

# DISTRICT OF COLUMBIA COURTS

## APPOINTMENT AND VOUCHER FOR EXPERT AND OTHER SERVICES

Case Name: *US vs. Mitchell Green*

Voucher Number
*Ax0034334*

Docket Number
Juvenile
Criminal *M 1267004*
Appeal

## CLAIM FOR SERVICES AND EXPENSES

For services and expenses incurred in connection with the above case, contractor/payee will be compensated if all blank spaces on this form are completed and submitted for payment. Before any payments may be made, the claim will first be viewed for reasonableness. After review, the amount approved will be entered in the amount approved section of this form. If the compensation is in excess of the $300.00 statutory limitation, and the presiding judge in the case certifies that the amount is necessary to provide fair compensation for services of an unusual character or duration, contractor/payee will be paid that amount. All investigator claims are to be submitted in accordance with the guidelines issued by the Board of Judges, effective April 15, 1988.

### VOUCHER

| Actual Transcript Cost | | No. of Pages | Cost Per Page | Cost |
|---|---|---|---|---|
| | Original | | $ | $ |
| | Copies | | $ | $ |

Describe Services

Itemize Expenses   *PHOTOS FILM*

Total Service $   *$9.50*

Total Expense $   *9.50*

Total Claim $   *407.51*

I swear and affirm the correctness of the above Claim for Services and Expenses information

*James Johnson*

Date *4-26-0__*

SIGNATURE OF CONTRACTOR/PAYEE

Total Claim $

144514

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

JOHNSON, JAMES

VOUCHER NUMBER AND DATE

668664

BK/I

Check Number: 144514
Check Date: Mar 29, 2005
Check Amount: $40.00

40.00

145305

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

JOHNSON, JAMES

668430

Check Number: 145305
Check Date: Apr 13, 2005
Check Amount: $40.00

40.00

RAPIDFORMS    USE WITH CHECK ENVELOPE    To Reorder: 1-800-257-8354 or www.rapidforms.com    PRINTED 7/4 USA

PRODUCT LM/0IQIC+1

G17

GOVERNMENT OF THE DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS
Central Detention Facility

★ ★ ★

# FAX

TO: _Anthony Hinton_                    FROM: _Stanly Waskins, Mayor CDF_

FAX: _2/698-7239_                       PAGES: _4 + cover_

PHONE: _2/673-8318_                     DATE: _5/24/05_

RE: _James J Johnson_                   CC:

_Urgent   X_For Review   _Please Comment   _Please Reply   _Please Recycle

COMMENTS

GOVERNMENT OF THE DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS
Central Detention Facility

Office of the Warden

★ ★ ★

**MEMORANUDM**

TO          : COMMAND CENTER
              STAFF ENTRANCE
              VISITORS' CONTROL

FROM        : Steven A. Smith
              Warden

DATE        : February 5, 2004

SUBJECT     : Denied Entry

This is to advise you that the Mr. James Johnson is not permitted entry to the Central Detention Facility under no circumstances. If an attempt is made by Mr. Johnson to enter the institution, please notify the Warden's office and/or Security immediately. If you have any questions, please contact this office.

Your cooperation in this matter is greatly appreciated.

cc: Deputy Warden (3)
    Major's Office
    Shift Commanders

SS/adr

*Logged In System*

*James Johnson*

May 24, 2005

3:53:50 pm

# DC Department of Corrections
## Inmates Visited by Selected Visitor



**JOHNSON, JAMES    (INVESTIGATOR Badge Number: CADC)    Visitor ID# 35840**

| DCDC# | BOOKING# | INMATE NAME | #VISITS | | |
|---|---|---|---|---|---|
| 217840 | 21784000 | MITCHELL, ANDRE | 1 | (not specified) | |
| | | VISITS WITH THIS INMATE: | | **START** 4/9/05  6:43 pm | **END** 4/9/05  7:14 pm |
| 295629 | 2003-01082 | NICKLESON, CHARLOTTE | 1 | (not specified) | |
| | | VISITS WITH THIS INMATE: | | **START** 1/20/04  4:41 pm | **END** 1/20/04  5:50 pm |
| 245661 | 2003-14755 | MIMS, JOSEPH | 1 | (not specified) | |
| | | VISITS WITH THIS INMATE: | | **START** 1/20/04  4:40 pm | **END** 1/20/04  5:49 pm |
| 290598 | 2005-01496 | JOHNSON, HAROLD | 1 | (not specified) | |
| | | VISITS WITH THIS INMATE: | | **START** 4/9/05  6:43 pm | **END** 4/9/05  7:14 pm |
| 294223 | 2005-01868 | WILLIAMS, WALTER | 1 | (not specified) | |
| | | VISITS WITH THIS INMATE: | | **START** 4/9/05  6:44 pm | **END** 4/9/05  7:14 pm |
| 295315 | 2005-02959 | JOHNSON, KENNETH | 1 | (not specified) | |
| | | VISITS WITH THIS INMATE: | | **START** 3/23/05  7:44 pm | **END** 3/23/05  7:44 pm |
| 204524 | 2005-03223 | JOHNSON, KENNETH | 1 | (not specified) | |
| | | VISITS WITH THIS INMATE: | | **START** 3/23/05  7:36 pm | **END** 3/23/05  7:44 pm |
| 223570 | 2005-03273 | WARDRICK, DOUGLAS | 1 | (not specified) | |
| | | VISITS WITH THIS INMATE: | | **START** 3/23/05  7:34 pm | **END** 3/23/05  7:44 pm |

**JOHNSON, JAMES    (SOCIAL VISITOR)    Visitor ID# 26314**

| DCDC# | BOOKING# | INMATE NAME | #VISITS | VISITOR'S RELATIONSHIP TO THIS INMATE |
|---|---|---|---|---|
| 300226 | 2004-04001 | LEWIS, RENEE | 2 | STEP BROTHER |
| | | VISITS WITH THIS INMATE: | | **START** 4/2/04  6:18 pm    **END** 4/2/04  7:19 pm |
| | | | | 3/31/04  12:57 pm    3/31/04  3:12 pm |

## Inmate Record

# 223570 - WARDRICK, DOUGLAS



| | |
|---|---|
| Institution: | 12 - CENTRAL DETENTION FACILITY (CDF) |
| Current Location: | RELEASED |
| Record Status: | INACTIVE |
| Booking Number: | 22357005 |
| PDID Number: | 331955 |
| Social Security #: | 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 |
| US Marshal #: | 12481007 |
| # Total Bookings: | 5 Booking History |
| Commitment Date: | 08/06/1994 |
| Release Date: | 10/03/2002 |
| Release Type: | RELEASE TO US MARSHAL |
| In Custody Of: | USMS |
| Parole Elig. Date: | 09/14/2001 |
| Short Term Date: | 09/14/2005 |
| Full Term Date: | 09/14/2005 |

## Personal Data

| | | | |
|---|---|---|---|
| Sex: | MALE | Race: | BLACK |
| Birth Date: | 09/18/1961 | Ethnicity: | AFRICAN AMERICAN |
| Birth Place: | DC | Education: | 12 |
| | | Occupation: | MISCELLANEOUS |
| Hair: | BLACK | | |
| Eyes: | BROWN | Address: | 639 QUINCY ST-NW |
| Weight: | 190 | | WASHINGTON, DC |
| Height: | 603 | | |

| | | | |
|---|---|---|---|
| Aliases: | (No Alias SSN's) | (No Alias Names) | |

## Charges

**Charge: DOC-0502 - DOC-2ND DEGREE BURG. FELONY**

| | | | |
|---|---|---|---|
| Case#: | F0749694C | Min Sentence: | 2 yrs 0 mths 0 days |
| Court: | SUPERIOR COURT | Max Sentence: | 6 yrs 0 mths 0 days |
| Offense Date: | N/A | Date Sentenced: | N/A |
| Date Charged: | 08/06/1994 | VVCC: | $ N/A |
| Counts: | 1 | Bond Amount: | $ N/A |
| Disposition: | 1 - SENTENCED AND SERVING | Bond Type: | N/A |

**Charge: DOC-2743 - DOC-FUGITIVE FROM JUSTICE.**

| | | | |
|---|---|---|---|
| Case#: | SP181994 | Min Sentence: | |
| Court: | SUPERIOR COURT | Max Sentence: | |
| Offense Date: | N/A | Date Sentenced: | N/A |
| Date Charged: | 08/06/1994 | VVCC: | $ N/A |
| Counts: | 1 | Bond Amount: | $ N/A |
| Disposition: | G - COURT ORDERED DISMISSAL RELEASE | Bond Type: | N/A |

**Charge: DOC-0502 - DOC-2ND DEGREE BURG. FELONY**

| | | | |
|---|---|---|---|
| Case#: | F0847993E | Min Sentence: | 2 yrs 0 mths 0 days |

---

## Inmate Record

---

# 217840 - MITCHELL, ANDRE

Institution:           11 - CORRECTIONAL TREATMENT FACILITY
Current Location:      11 - CORRECTIONAL TREATMENT FACILITY
Record Status:         ACTIVE
Booking Number:        21784000
PDID Number:           351820
Social Security #:     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
US Marshal #:          N/A
# Total Bookings:      1 Booking History
Commitment Date:       05/31/1985
Release Date:          N/A
Release Type:          N/A
In Custody Of:         N/A
Parole Elig. Date:     N/A
Short Term Date:       06/15/2003
Full Term Date:        05/18/2005



---

## Personal Data

Sex:          MALE               Race:         BLACK
Birth Date:   08/06/1964         Ethnicity:    AFRICAN AMERICAN
Birth Place:  DC                 Education:    9
                                 Occupation:   UNEMPLOYED/UNKNOWN
Hair:         BLACK
Eyes:         BROWN              Address:      4690 MLJK JR AVE SW 302
Weight:       165                              WASHINGTON, DC 20032
Height:       5' 10"

Aliases:      (No Alias SSN's)   (No Alias Names)

---

## Charges

**Charge: DOC-1801 - DOC-U.C.S.A. DRUGS FELONY.**
Case#:         F0397685                   Min Sentence:   0 yrs 20 mths 0 days
Court:         SUPERIOR COURT             Max Sentence:   5 yrs 0 mths 0 days
Offense Date:  N/A                        Date Sentenced: N/A
Date Charged:  05/31/1985                 VVCC:           $ N/A
Counts:        1                          Bond Amount:    $ N/A
Disposition:   1 - SENTENCED AND SERVING  Bond Type:      N/A

**Charge: SUP-U724 - 2ND DEG CHILD SEX ABUSE**
Case#:         F0065705                   Min Sentence:
Court:         SUPERIOR COURT             Max Sentence:
Offense Date:  02/03/2005                 Date Sentenced: N/A
Date Charged:  05/31/1985                 VVCC:           $ N/A
Counts:        1                          Bond Amount:    $ N/A
Disposition:   G - COURT ORDERED DISMISSAL/RELEASE  Bond Type: N/A

**Charge: SUP-U724 - 2ND DEG CHILD SEX ABUSE**
Case#:         F065705                    Min Sentence:

# Inmate Record

## 245661 - MIMS, JOSEPH T

| | |
|---|---|
| Institution: | 20 - UNLISTED FEDERAL FACILITY |
| Current Location: | RELEASED |
| Record Status: | INACTIVE |
| Booking Number: | 24566103 |
| PDID Number: | 391982 |
| Social Security #: | 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 |
| US Marshal #: | N/A |
| # Total Bookings: | 5 Booking History |
| Commitment Date: | 04/13/1992 |
| Release Date: | 09/16/2002 |
| Release Type: | RELEASE TO US MARSHAL |
| In Custody Of: | USMS |
| Parole Elig. Date: | 11/10/2000 |
| Short Term Date: | 09/14/2005 |
| Full Term Date: | 11/12/2007 |



## Personal Data

| | | | |
|---|---|---|---|
| Sex: | MALE | Race: | BLACK |
| Birth Date: | 07/22/1969 | Ethnicity: | |
| Birth Place: | DC | Education: | 11 |
| | | Occupation: | FARMING/NATURE |
| Hair: | BLACK | | |
| Eyes: | BROWN | Address: | 6718 ROBINIA RD- |
| Weight: | 140 | | T HILLS, MD |
| Height: | 506 | | |

Aliases:    (No Alias SSN's)    (No Alias Names)

## Charges

**Charge: DOC-1502 - DOC-POSS PROHIB WEAPONS FEL**

| | | | |
|---|---|---|---|
| Case#: | F0398692C | Min Sentence: | 5 yrs 0 mths 0 days |
| Court: | SUPERIOR COURT | Max Sentence: | 15 yrs 0 mths 0 days |
| Offense Date: | N/A | Date Sentenced: | N/A |
| Date Charged: | 04/13/1992 | VVCC: | $ N/A |
| Counts: | 1 | Bond Amount: | $ N/A |
| Disposition: | 1 - SENTENCED AND SERVING | Bond Type: | N/A |

**Charge: DOC-0502 - DOC-2ND DEGREE BURG. FELONY**

| | | | |
|---|---|---|---|
| Case#: | F0398692G | Min Sentence: | 5 yrs 0 mths 0 days |
| Court: | SUPERIOR COURT | Max Sentence: | 15 yrs 0 mths 0 days |
| Offense Date: | N/A | Date Sentenced: | N/A |
| Date Charged: | 04/13/1992 | VVCC: | $ N/A |
| Counts: | 1 | Bond Amount: | $ N/A |
| Disposition: | 1 - SENTENCED AND SERVING | Bond Type: | N/A |

**Charge: DOC-0604 - DOC-THEFT1.**

| | | | |
|---|---|---|---|
| Case#: | F0420490B | Min Sentence: | |

(م.ط³)

📄 Printable View

# ANTHONY ANDERSON

**PDID:** 303-569
**CSOSA:** C0144149

**Offender Profile**

**Historical Report**

**Home**

◄ SMART Menu ►

◄ Quick Links ►

◄ User Preferences ►

SMART Notes
Help
Logout

**Personal**
Collateral Contacts
Supervision
Drug Testing
Treatment
Assessments
Victims
**Offender Reports**
Investigations
Violations
Community Service

**ANTHONY ANDERSON**
(Aliases: JUNIOR)

**Status:** Active   **Type:** Parole   **Level:** Intensive   **Screener Level (Date):** Med   **PSA:** PSA 106
(1/3/2005)

**PDID:** 303-569   **DOB:** 5/27/1961   **SSN:** 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
**CSOSA:** 144149   **DCDC:** 252-138   **FBI:** 62638EA2

**Supervision CSO:** Sessoms, Raynard

**Supervision SCSO:**
**Supervision Team:** SAINT/HIDTA - Team 33
**Supervision Branch:** Branch III, Substance Abuse & Treatment
**Date Assigned:** 12/31/2003
**Full Term Date:** 8/18/2005
**PSI/TIPS CSO:**
**PSI/TIPS SCSO:**
**PSI/TIPS Team:**
**Date Assigned:**
**Date Closed:**



**Height:** 6'1   **Weight:** 250 lbs.   **Gender:** Male
**Hair:** Brown   **Eyes:** Brown   **Race:** Black Not-Hispanic
sc fnd, sc head, sc l eye, sc l hand, sc l

**User:**
**Taberski, John**
**CSO**

# MELVIN SUYDAM

<SMART Menu> ☒

| | |
|---|---|
| *Home* | **Supervision Periods, Level, and Status** |
| *Historical Report* | |

*Offender Profile*

## There are no active supervision periods assigned to this offender

| |
|---|
| **Personal** |
| **Collateral Contacts** |
| **Supervision** |
| **Assignment** |
| Supervision Periods |
| Running Record |
| CSO Referral |
| **Notice Of Action** |
| **Drug Testing** |
| **Assessments** |
| **Victims** |
| **Treatment** |
| **Offender Reports** |
| **Violations** |
| **Investigations** |
| **Community Service** |

\* - Extended Full Term Date

**Supervision Level:** [          ] ☒

**Start Supervision Level:** [  ] ☒ / [    ] ☒ ☒ \*

**Comment:** [                              ] \*

<Quick Links> ☒

<User Preferences> ☒

*SMART Notes*
*Help        Logout*

## Supervision Level History:

| Supervision Level | Start Date | End Date | Comm |
|---|---|---|---|
| | No Supervision Level History for the Offender | | |

## Supervision Status History:

| Supervision Status | Start Date | End Date | Comm |
|---|---|---|---|
| Closed | 11/20/1986 | | |

\* - Required Field





MASTERLISTCERTINVEST 3-24-2005.xls

| LAST NAME | FIRST NAME | MIDDLE INITIAL | INVESTIGATOR ID NUMBER | PHOTO | NO-PHOTO | |
|---|---|---|---|---|---|---|
| ABBOTT | KAREN | A | 1V0001 | P | | |
| ABDULLAH | RASHID | | 1V0002 | | NP | |
| AKINS | FREDDIE | L | 1V0003 | P | | |
| AKINS | KAREN | P | 1V0004 | | NP | |
| ALLEN | FRANKIE | | 1V0005 | P | | |
| ALLEN | SHAWN | | 1V0006 | P | | |
| ALLEN | VERONICA | | 1V0007 | P | | |
| ANDERSON | SHONETTE | R | 1V0008 | | NP | |
| ANDERSON | TIMOTHY | E | 1V0009 | P | | |
| ANDERSON | WILBERT | B | 1V0010 | P | | |
| BANKS | BETTY | | 1V0011 | | NP | |
| BARRETT | LETETIA | | 1V0012 | P | | |
| BARRINGTON | DARNELL | | 1V0013 | | NP | |
| BEAN | ADRIAN | K | 1V0014 | P | | |
| BECNEL | PHILIP | | 1V0015 | P | | |
| BELTON | GERALD | R | 1V0016 | P | | |
| BELTON | GLENN | | 1V0017 | | NP | |
| BERRY | JAMES | R | 1V0018 | | NP | |
| BOATWRIGHT | AVA | T | 1V0019 | | NP | |
| BOYKIN | ELAINA | J | 1V0020 | P | | |
| BRACERO | VONNITA | | 1V0021 | P | | |
| BRADSHAW | ROBIN | | 1V0022 | P | | |
| BRENIZER | MARK | | 1V0023 | | NP | |
| BROWN | KEESHA | N | 1V0024 | | NP | |
| BROWN | WILLIE | L | 1V0025 | P | | |
| BRYANT | CHERYLE | | 1V0026 | P | | |
| BUTLER | DARICE | | 1V0027 | P | | |
| BUTLER | KENNETH | L | 1V0028 | | NP | |
| CANTOR | SHEILA | | 1V0029 | P | | |
| CARD | VIVECA | R | 1V0030 | P | | |
| CHARLES | THEODORA | A | 1V0031 | | NP | |
| CHASE | JOVONNA | | 1V0032 | | NP | |
| CLAWSON | PATRICK | M | 1V0033 | P | | |
| CLOUTIER | JOHNNY | | 1V0034 | P | | |
| COFFEY-BROWN | ROCHELLE | A | 1V0035 | P | | |
| COLEMAN | IAN | | 1V0036 | | NP | |
| CRAIG | ROBIN | L | 1V0037 | | NP | |
| CROSBY-BEY | MELVIN | | 1V0038 | | NP | |
| CUMBERBATCH | JUANA | | 1V0039 | P | | |
| CURLEY | DEBRONJA | | 1V0040 | | NP | |
| DALEY | CHARLES | A | 1V0041 | P | | |
| DAVIDSON | WILLIAM | B | 1V0042 | P | | |
| DAVIS | JACQUELYN | | 1V0043 | P | | |
| DAVIS | MARK | S | 1V0044 | P | | |
| DAVIS | WILLIAM | | 1V0045 | | NP | |
| DAWSON,III | JAMES | B.T. | 1V0046 | P | | |
| DINOLT | BENJAMIN | | 1V0047 | P | | |
| DRISCOLL | TRACEY | A | 1V0048 | P | | |

MASTERLISTCERTINVEST 3-24-2005.xls

| LAST NAME | FIRST NAME | MIDDLE INITIAL | INVESTIGATOR ID NUMBER | PHOTO | NO-PHOTO | |
|---|---|---|---|---|---|---|
| EBERT | JANE | L | IV0049 | P | | |
| EDWARDS, JR. | BILLY | T | IV0050 | P | | |
| EDWARDS | LELA | E | IV0051 | P | | |
| EICHER | JOHNNY | R | IV0052 | P | | |
| EKEKWE | OLEKANMA | A | IV0053 | | NP | |
| FLETCHER | ERNEST | B | IV0054 | P | | |
| FLETCHER | JULIUS | A | IV0055 | P | | |
| FLOWERS | WILLIE | | IV0056 | | NP | |
| FORD | RONALD | M | IV0057 | P | | |
| FRANCOIS-EUGENE | FRANTZ | J | IV0058 | P | | |
| FRASER | LEONARD | E | IV0059 | P | | |
| GARDNER | THOMAS | J | IV0060 | P | | |
| GARDNER | TRUMMELLE | L | IV0061 | P | | |
| GIESEMANN | ARNOLD | V | IV0062 | P | | |
| GILL | MARTIN | L | IV0063 | P | | |
| GILLUS | WILLIAH | L | IV0064 | P | | |
| GILPIN | FAYE | P | IV0065 | | NP | |
| GLICK | MARK | K | IV0066 | P | | |
| GRAY | CHARLES | W | IV0067 | P | | |
| HAINSWORTH | EDWARD | | IV0068 | P | | |
| HANKERSON | ERNEST | | IV0069 | P | | |
| HARE | MICHELLE | | IV0070 | | NP | |
| HARRIS | RASHIDA | D | IV0071 | P | | |
| HATCHER | FRANK | | IV0072 | | NP | |
| HAWKINS | ASHLEY | E | IV0073 | P | | |
| HENDERSON | RONETTA | | IV0074 | P | | |
| HESLEP | THOMAS | | IV0075 | | NP | |
| HEWICK | TREVOR | | IV0076 | P | | |
| HOGUE | SHERMAN | | IV0077 | P | | |
| HOOVER, JR. | BENJAMIN | C | IV0078 | P | | |
| HUNTER | VERONICA | | IV0079 | P | | |
| JACKSON | MARGARET | | IV0080 | P | | |
| JACKSON | TAMARA | C | IV0081 | P | | |
| JARVIS | NORMAN | | IV0082 | P | | |
| JEMANEH | BELACHEW | | IV0083 | P | | |
| JENKINS | SHARON | D | IV0084 | P | | |
| JENKINS | VENEISSA | | IV0085 | | NP | |
| JOHNSON | ADELE | S | IV0086 | P | | |
| JOHNSON | ANITHA | W | IV0087 | | NP | |
| JOHNSON | HOLLI | | IV0088 | | NP | |
| JOHNSON | JULIA | | IV0089 | P | | |
| JOHNSON | LOUIS | C | IV0090 | P | | |
| JONES | DAVID | P | IV0091 | P | | |
| JONES | MARY | A | IV0092 | P | | |
| KEITH | ANDREA | | IV0093 | P | | |
| KENNEDY | JACQUELINE | B | IV0094 | P | | |
| KIM | ERIC | K | IV0095 | | NP | |
| KOEHLER | HENRY | | IV0096 | | NP | |

MASTERLISTCERTINVEST 3-24-2005.xls

| LAST NAME | FIRST NAME | MIDDLE INITIAL | INVESTIGATOR ID NUMBER | PHOTO | NO-PHOTO |
|---|---|---|---|---|---|
| KOPECKI | MATTHEW | | IV0097 | P | |
| LAYNE | ROBERT | W | IV0098 | P | |
| LEACH-NEVERSON | KELLY | | IV0099 | | NP |
| LEATHERS | BARBARA | M | IV0100 | P | |
| LEWIS | CORY | A | IV0101 | | NP |
| | | | IV0102 | UNASSIGNED | |
| LEWIS | STAPHANIE | | IV0103 | | NP |
| LIPSCOMB | TRACY | | IV0104 | P | |
| LITTLE | THERESA | | IV0105 | P | |
| LONGUS | ARNETTA | | IV0106 | P | |
| LOWE | MING JON | | IV0107 | | NP |
| LUCAS | ANTHONY | H | IV0108 | P | |
| MACLEAN, III | RUPERT | E | IV0109 | P | |
| MANIGAILT | SHAYLA | D | IV0110 | | NP |
| MARTIN | CHARRON | | IV0111 | P | |
| MARTIN | TED | | IV0112 | | NP |
| MARTINEZ | CINTHIA | | IV0113 | | NP |
| MATTHEWS | KATERINE | | IV0114 | | NP |
| MAURICE | TRACEY | M | IV0115 | P | |
| MAYNARD | ZAN | V | IV0116 | P | |
| MCCRACKEN | SHAVON | P | IV0117 | | NP |
| MERRIWEATHER | GAYLE | P | IV0118 | | NP |
| MERRIWEATHER | MITCHELL | | IV0119 | | NP |
| MUHAMMAD | MARYAM | | IV0120 | P | |
| MURPHY | TAMIRA | | IV0121 | | NP |
| NEWMAN | RICHELLE | P | IV0122 | P | |
| NOBLE | HANDY | | IV0123 | P | |
| NURRIDIN | ABDUL | | IV0124 | | NP |
| OKORO | ETHEILBERT | | IV0125 | P | |
| OLIVER | MICHELE | | IV0126 | P | |
| PALMER, III | WILLIAM | R | IV0127 | P | |
| PAUL | REGINA | | IV0128 | | NP |
| PETTIFORD | TRESHIA | A | IV0129 | P | |
| PEVEHOUSE | ANDY | L | IV0130 | | NP |
| PIERRE | DEREK | A | IV0131 | | NP |
| PINKETT | DUSTIN | | IV0132 | P | |
| PLATER | JAMILA | C | IV0133 | | NP |
| POLLEY | ADRIENNE | | IV0134 | | NP |
| POWELL | ANITA | D | IV0135 | P | |
| POWELL | ELVIRA | J | IV0136 | P | |
| PRATHER | BILAL | A | IV0137 | P | |
| PURLL | JULIET | | IV0138 | | NP |
| PUSATERI | KATHRYN | | IV0139 | | NP |
| RAKOWSKI | MICHAEL | | IV0140 | | NP |
| RAMOS | ELIAS | S | IV0141 | P | |
| RANSOM | JIMMY | L | IV0142 | P | |
| RAYFORD, II | ROOSEVELT | | IV0143 | | NP |
| REECE, SR | GARY | | IV0144 | P | |

MASTERLISTCERTINVEST 3-24-2005.xls

| LAST NAME | FIRST NAME | MIDDLE INITIAL | INVESTIGATOR ID NUMBER | PHOTO | NO-PHOTO | |
|---|---|---|---|---|---|---|
| REECE | RONNIE | | IV0145 | P | | |
| REID | TRANNY | A | IV0146 | P | | |
| RIVERA | CARMEN | I | IV0147 | P | | |
| ROLLINS | PURVIS | G | IV0148 | P | | |
| ROMERO | JACQUELINE | | IV0149 | P | | |
| ROOTS | DONALD | | IV0150 | | NP | |
| RORIE | DE ANGELO | | IV0151 | | NP | |
| SAUNDERS, JR. | MICHAEL | E | IV0152 | | NP | |
| SCHULZ | ERICK | P | IV0153 | P | | |
| SCOTT | JAMES | W | IV0154 | P | | |
| SCOTTLAND | SANDRA | N | IV0155 | P | | |
| SERINO | SARAH | P | IV0156 | P | | |
| SHANKS, JR. | JAMES | R | IV0157 | | NP | |
| SHEAFFER | CHRISTOPHER | | IV0158 | P | | |
| SMITH | DARIUS | J | IV0159 | P | | |
| SMITH | JANATTA | L | IV0160 | P | | |
| SNOW | MICHAEL | | IV0161 | P | | |
| SOBERS | SALIM | | IV0162 | P | | |
| SOMERS | THEODORE | P | IV0163 | P | | |
| STEEL | GEORGE | | IV0164 | P | | |
| TAYLOR | PAUL | E | IV0165 | P | | |
| TAYLOR | VERNON | L | IV0166 | P | | |
| THOMAS | JOHN | | IV0167 | P | | |
| THOMAS | TYRONE | | IV0168 | P | | |
| TIMPSON | TAMIKA | | IV0169 | | NP | |
| TOWNSEND | DAVID | | IV0170 | | NP | |
| TRISS | GERALYN | | IV0171 | P | | |
| VANCE | ADRIANE | M | IV0172 | | NP | |
| VAUGHAN | DALE | R | IV0173 | P | | |
| VIEW | CHARLES | J | IV0174 | | NP | |
| WASHINGTON | CHARLENA | | IV0175 | P | | |
| WASHINGTON | SHIRLEY | | IV0176 | | NP | |
| WATSON | MICHAEL | A | IV0177 | P | | |
| WEITZ | JOHN | T | IV0178 | | NP | |
| WHITE | CAROLYN | | IV0179 | P | | |
| WHITE | MICHAEL | S | IV0180 | | NP | |
| WILSON | CHRISTIAN | R | IV0181 | P | | |
| WILSON-DAWSON | MARY ANN | | IV0182 | P | | |
| WINGFIELD | MARK | A | IV0183 | P | | |
| WOLFE | JOHN | | IV0184 | P | | |
| WOOTEN | LAQUITA | Y | IV0185 | | NP | |
| WORTHINGTON | THOMAS | | IV0186 | P | | |
| WRIGHT | ANDREA | K | IV0187 | P | | |
| WYNN-EUELL | BEVERLI | | IV0188 | P | | |
| TOTAL | 187 | | | 124 | 63 | |

GM

MASTERLISTCERTINVEST 3-24-2005.xls

| Certified Investigators Added After the Original Master List | | | | | |
|---|---|---|---|---|---|
| LAST NAME | FIRST NAME | MIDDLE INITIAL | INVESTIGATOR ID NUMBER | PHOTO | NO-PHOTO |
| Anthony | Horace | | IV0189 | P | |
| Dingle | Henri | J | IV0190 | P | |
| Rubbo | Mark | | IV0191 | | NP |
| Crossley | Thomas | | IV0192 | P | |
| Ramey | Ava | | IV0193 | P | |
| Jackson | Earnest | A | IV0194 | P | |
| Thomas | Glen | | IV0195 | | NP |
| Guiffre | Labre | B | IV0196 | | NP |
| Hooper-Hill | Cynthia | | IV0197 | P | |
| Baker | Rita | | IV0198 | | NP |
| Henandez | Frank | | IV0199 | P | |
| Connell | Ava | | IV0200 | | NP |
| Rampersad | Tricia | | IV0201 | | NP |
| Camp | Abdul | | IV0202 | | NP |
| Alston | Vincent | | IV0203 | | NP |
| Raines | Antoinette | | IV0204 | | NP |
| Johnson | James | | IV0205 | P | |
| Home | Rodney | | IV0206 | | NP |
| Eidell | Michelle | | IV0207 | | NP |
| Carter | Alise | | IV0208 | P | |
| Kearns | Casey | | IV0209 | P | |
| Cheeks | Edward | | IV0210 | P | |
| Wall | Michelle | | IV0211 | P | |
| Carter | Tracey | | IV0212 | P | |
| Bowman | Calena | | IV0213 | | NP |
| Callahan | Nathan | | IV0214 | | NP |
| Mayfield | Cedric | | IV0215 | | NP |
| Powell | Kenneth | | IV0216 | | NP |
| Reyes | Gaston | | IV0217 | | NP |
| Russell | Pierre | | IV0218 | | NP |
| Suarez | Nadine | | IV0219 | | NP |
| Lewis, Jr. | Joe | | IV0220 | | NP |
| Nelson | Horace | | IV0221 | | NP |
| Parker | Jimmie | L | IV0222 | | NP |
| Washington | Bryant | | IV0223 | | NP |
| TOTAL NEW | 35 | | | 13 | 22 |

Supervision - Running Record

**User:**
*Hinton, Anthony*
*CSO*

<SMART Menu>

Home

Historical Report

*Offender Profile:*

Personal
Collateral Contacts
Supervision
Assignment
Supervision Periods
Running Record
CSO Referral
Notice Of Action
Drug Testing
Assessments
Victims
Treatment
Offender Reports
Violations
Investigations
Community Service

<User Preferences>
<Quick Links>

*SMART Notes*
*Help*
*Logout*

# JAMES JOHNSON

**PDID: 165-376**
**CSOSA: C0156691**

## Running Record Details

**Contact Date:** 3/26/2004 3:45:00 PM
**Contact With:** Offender
**Location:** Residence
**Contact Type:** Home Visit
**Purpose:** Investigation
**Contacted By:** Taberski, John
**Next Contact Date:**
**Comment:** Conducted search of the offender's home residence with SCSO Brennan and MPD Officer Peterson. Two adult pornographic videos were observed (one VHS and one DVD). Removed and documented for further examination was the offender's "Criminal Investigator" ID, which was in his coat pocket. Several parties have stated the offender carries this ID with him and has presented himself as a "Criminal Investigator" in recent months (see prior SMART entries). The offender's apartment consists of two bedrooms, one of which appears to be where he sleeps. The other room consists of a twin mattress, Sony Playstation with games, and TV/VCR (one of the pornographic movies was located next to it). This bedroom appears to be the one Brenda Martin referred to as where the offender is "trying to get Jasmine to move into."

G 2,3