# Exhibit J



**Court Services and Offender Supervision Agency
for the District of Columbia**
*Community Supervision Services*

September 6, 2005

Deirdre Jackson
Case Analyst
U.S. Department of Justice
United States Parole Commission
5550 Friendship Boulevard
Chevy Chase MD 20815-7201

**Addendum to AVR dated 6/16/05**

**RE:    James Johnson
        Fed Reg # 07561-016**

Ms. Jackson,

Submitted to your attention is additional evidence that is to be used as proof that the offender was in non-compliance with USPC ordered special condition that he not have association or contact of any kind with minor children, whether in his residence, employment, social, or other activities without the approval of his supervision officer.

On 8/17/05, the offender was in my office taken into custody by the United States Marshal Service. The offender's personal property was retrieved and inventoried. In accordance with the special search condition given by the commission, SCSO Paul Brennan reviewed the contents of the offender's cell phone. Results of the search revealed that the offender had telephone contact with an individual named Jasmine on 8/16/05. It is to be noted that the offender's daughter is named Jasmine. Please see the attached running record entry for further information.

Anthony Hinton
Community Supervision Officer
Sex Offender Team #13
(202) 585-7416

03/23/06 15:37 FAX 301 492 5563 US PAROLE COMMISSION ☒003
Case 1:05-cv-02504-RBW    Document 8-11    Filed 04/03/2006    Page 3 of 3

Page 1 of 2

User:
Hinton, Anthony
CSO

# JAMES JOHNSON

PDID: 165-376
CSOSA: C0156691

<SMART Menu>

Home

Historical Report

Offender Profile

## Running Record Details

| | |
|---|---|
| Contact Date: | 8/19/2005 4:12:00 PM |
| Contact With: | CSO |
| Location: | SSU |
| Contact Type: | In Person |
| Purpose: | Investigation |
| Contacted By: | Brennan, Paul |
| Next Contact Date: | |
| Comment: | CSO Hinton mentioned that at the time of the offender's arrest in the office his property was left. SCSO Brennan reviewed the contents and noticed that the offender's cell phone was included. Determined that the special search condition is in effect that it was prudent to review the phone contents to see if evidence of parole violations exist, specifically if he had called minors, his daughter or other known convicted felons. -- A review of incoming and outgoing calls was done. Noticed that calls were made on 8/16/05 to and from someone named "Jasmine," the number being (202) 213-5295. The name Jasmine is recognized as that of his daughter, a minor. Phone records show that an outgoing call to (202) 213-5295 was made on 8/16/05 at 7:15pm. Also, incoming calls from the same number were seen for 8/16/05 at 8:10pm and 7:12pm. SCSO Brennan called the number in question and his daughter answered the phone, confirming that the nubmer is indeed hers. She denied that the offender has called her or she called him. When confronted with the cell phone records, she stated that his girlfriend called her when he was arrested on 8/17/05. This however would not account for the calls registered on his phone for the 16th. -- Furthermore, voice mail messages from an atty. named "Janee" (sp?) were placed to the offender on two occassions. One on 8/11/05 was left by Janee regarding the case of "Steven Sealy" in which she tells the offender that she never got him vouchers, adding that he was "trying out cases." She mentioned that she bad gotten him vouchers in other cases but she didn't want to "get caught up" in what was happening with his vouchers. She left a phone number of (202) 347-7575. She called him again on 8/17/05 stating that she did not get the vouchers he left under her door and suggesting that he not do that in the future. -- Based on this additional evidence this office also to follow up with the Cheif Judge citing the additional evidence of violations. This office will submit an addendum to the USPC citing the fact that his investigator privelges were revoked several months ago. |

Personal
Collateral Contacts
Supervision
Assignment
Supervision Periods
Running Record
CSO Referral
Notice Of Action
Drug Testing
Assessments
Victims
Treatment
Offender Reports
Violations
Investigations
Community Service

<Quick Links>

<User Preferences>

SMART Notes
Help    Logout