# Exhibit K

U.S. Department of Justice  
United States Parole Commission  
5550 Friendship Boulevard  
Chevy Chase, Maryland 20815-7201

**Notice of Action**

Name: JOHNSON, James  
Facility  
Register Number: 07561-016  
DCDC No: 119-202

Institution:   D.C.-Central Detention

Date:   September 7, 2005

In the case of the above-named, the following action was ordered:

Deny release and hold in custody for a Local Revocation Hearing.

THE ABOVE DECISION IS NOT APPEALABLE

cc:   Public Defender Service  
District of Columbia  
Special Proceedings Division  
633 Indiana Avenue, NW.  
Washington, D.C. 20004

