# Exhibit L

| | |
|---|---|
| U.S. DEPARTMENT OF JUSTICE<br>UNITED STATES PAROLE COMMISSION | SUPPLEMENT<br>D.C. Code Offender |

Name .......................... Johnson, James
Reg. No ...................... 07561-016
DCDC No. ................... 119-202
FBI No. ....................... 981257C
Birth Date ...............
Race ........................... Black
Date ........................... September 13, 2005

## CHARGES:

Charge No. 5 – Violation of Special Condition (Prohibited Contact with Minors). On 8/16/2005, the subject placed a call to the cell phone belonging to his minor daughter. This charge is based on the information contained in the violation report dated 9/6/2005 from supervising officer Anthony Hinton and running record entry dated 8/19/2005.
I ADMIT [ ] or DENY [ ] this charge.

Warrant Issued ............ August 3, 2005
District Sent To ..........

Warrant Recommended By:

Deirdre Jackson
Deputy Case Services Administrator
U.S. Parole Commission