UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **James F. Johnson,** ) | |
| ) | |
|       **Petitioner,** ) | |
| ) | **Civil No. 05-2504 RBW** |
| v. ) | **Related case: 05-2315 RBW** |
| ) | |
| **Warden Dennis Harrison, et al.,** ) | |
| ) | |
|       **Respondents.** ) | |
| _____) | |

**NOTICE OF SUBSTITUTION OF APPEARANCE**

Will the Court please substitute the appearance of Assistant Attorney General Dana K. DeLorenzo on behalf of Acting Warden Dennis Harrison and the District of Columbia with Section Chief Phillip A. Lattimore, III, who is now entering his appearance on behalf of these defendants.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/_____
PHILLIP A. LATTIMORE, III [422968]
Section Chief
General Litigation Section III
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001
(202) 442-9874
(202) 727-3625 (fax)
E-Mail: Phillip.lattimore@dc.gov

1

                    /s/
DANA K. DELORENZO
Assistant Attorney General
Bar Number 468306
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001
(202) 727-7164
(202) 727-3625 (fax)
E-Mail: dana.delorenzo@dc.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 23, 2007, a copy of the foregoing Notice was mailed postage prepaid to:

James F. Johnson, DCDC No. 119-202
D.C. Jail
1901 D Street, SE
Washington, DC 20003

James F. Johnson
R07561-016
FORT DIX FEDERAL CORRECTIONAL INSTITUTION
P. O. Box 1000
Fort Dix, NJ 08640
PRO SE

                    */s/ Dana K. DeLorenzo /s/*
                    Dana K. DeLorenzo
                    Assistant Attorney General