UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAMES JOHNSON, | : | |
| Petitioner, | : | |
| v. | : | Civil Action No. 05-2504 (RBW) |
| | : | Related Case: 05-2315 (RBW) |
| | : | Judge Reggie B. Walton |
| DENNIS HARRISON, | : | |
| Respondent. | : | |

NOTICE OF SUBSTITUTION OF APPEARANCE

The Court will please substitute the appearance of Assistant Attorney General Dana K. DeLorenzo with Assistant Attorney General Kerslyn D. Featherstone on behalf of the Respondent.

Date: April 1, 2008.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

___/s/ Toni Michelle Jackson_____
Toni Michelle Jackson [453765]
Interim Chief, General Litigation, Section III
Civil Litigation Division

__/s/ Kerslyn D. Featherstone_____
KERSLYN D. FEATHERSTONE [478758]

1

Assistant Attorney General
441 4th Street, N.W., 6th Floor South
Washington, D.C. 20001
P(202) 724-6600
F(202) 727-3625