## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| James F. Johnson, )<br>)<br>      Petitioner, )<br>)<br>  v. )<br>)<br>Warden Dennis Harrison, )<br>)<br>      Respondent. )<br>) | Civil Action No. 05-2504 (RBW) |

### ORDER TO SHOW CAUSE

It appears that petitioner may have served the entire parole violator term at issue in this case and has been released from custody. On this 22nd day of July, 2008, it is hereby

ORDERED that, within 10 days of entry of this Order, petitioner shall show cause as to why the petition for writ habeas corpus should not be denied as moot.

SO ORDERED.

                                                              /s/
                                        REGGIE B. WALTON
                                        United States District Judge