UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| James F. Johnson, | ) |
|             Petitioner, | ) |
| v. | ) Civil Action No. 05-2504 (RBW) |
| Warden Dennis Harrison, | ) |
|             Respondent. | ) |

**ORDER TO SHOW CAUSE**

It appears that petitioner may have served the entire parole violator term at issue in this case and has been released from custody. On this 15th day of August, 2008, it is hereby

ORDERED that the Court's July 25, 2008 Order to Show Cause [Dkt. #11] is VACATED. It is further

ORDERED that, within 10 days of entry of this Order, petitioner shall show cause as to why the petition for writ habeas corpus should not be denied as moot. It is further

ORDERED that the Clerk of Court shall mail a copy of this Order to petitioner at the following address: 1838 I Street, N.E., Apt. #3, Washington, DC 20002.

SO ORDERED.

                                                  /s/
                                      REGGIE B. WALTON
                                      United States District Judge